# **EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BRP COLLEAGUE INC. and** | ) |
| **BALDWIN KRYSTYN** | ) |
| **SHERMAN PARTNERS, LLC,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EDWARD "TEDDY" GILLEN** | )    **Civil Action No.** |
| **and EDGEWOOD PARTNERS** | )    **1:20-cv-03695-LMM** |
| **INSURANCE CENTER, INC.** | ) |
| **d/b/a EPIC INSURANCE** | ) |
| **BROKERS & CONSULTANTS,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.1, Defendants Edward "Teddy" Gillen and Edgewood Partners Insurance Center, Inc. d/b/a/ EPIC Insurance Brokers and Consultants make the following supplemental initial disclosures:

***(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)***

See the export report of J. Lester Alexander, III of AEA Group, LLC and the appendices attached thereto as well as the Declaration of Vaishnavi Palavalli, both of which have been attached hereto as Attachment B.

This 2nd day of March, 2022.

*/s/ Steven D. Pearson*
Steven D. Pearson Illinois Bar
No. 6190506
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6954
sdpearson@freeborn.com
*Admitted pro hac vice*

And

John E. Bellus, Jr.
Georgia Bar No. 049728
F. R. Josh Stone
Georgia Bar No. 684075
Melissa Buckshorn Georgia
Bar No. 315480

Stone & Bellus, P.C.
6849 Peachtree Dunwoody Rd.
Building B-3, Suite 100
Atlanta, Georgia 30328
Telephone: (770) 390-9950
john@stonebellus.com
josh@stonebellus.com
melissa@stonebellus.com

***Attorneys for Defendants***

5903237v1/32393-0035

# ATTACHMENT B

**Expert Report of AEA Group, LLC**

**By: J. Lester Alexander, III**

**BRP Colleague Inc., et al.**

**V.**

**Edward "Teddy" Gillen and Edgewood Partners Insurance Center Inc. d/b/a EPIC Insurance Brokers & Consultants.**

**As of March 1, 2022**

**Case No.: 1:20-CV-3695-LMM**

1.      This narrative and attached appendices summarize my findings and opinions formed to date in BRP Colleague Inc., et al. ("Plaintiff") v. Edward "Teddy" Gillen and Edgewood Partners Insurance Center Inc. d/b/a EPIC Insurance Brokers & Consultants ("EPIC").   All attached schedules and appendices are expressly made a part of my report.   My opinions are based on information produced up to the date of this report.   I reserve the right to supplement and amend my opinions to consider information learned up to and throughout the trial.   I was assisted by members of my firm working under my direction in performing this analysis.   My firm's billing rates for this engagement range from $150 to $495 per hour.

2.      I am the Chief Executive Officer and Chairman of AEA Group, LLC ("AEA Group").   I am a Certified Public Accountant ("CPA"), Certified in Financial Forensics ("CFF"), a Certified Fraud Examiner ("CFE"), a Chartered Global Management Accountant and Accredited in Business Valuation ("ABV").   I have more than three decades of professional experience providing audit, tax, damages measurement, business valuation, acquisition advisory, enterprise risk management, fraud risk assessment, financial forensics and other accounting and consulting services.   I am a former partner of PricewaterhouseCoopers LLP ("PwC") and its legacy firm,

Coopers & Lybrand, LLP, where I served as an audit partner as well as the southeastern practice leader of one of its consulting practices. I am also the former President of Tait Advisory Services, a wholly owned subsidiary of a publicly traded insurance company that provided financial consulting services to the insurance industry. See the appendices for additional information concerning my qualifications and experience.

## SCOPE AND METHODOLOGY

3.      Counsel for EPIC retained me to review and rebut the report and opinions of Joseph J. Egan and Myles D. Kaluzna ("Plaintiff Expert"), assuming a finding of liability in this matter.

4.      I, and others working under my direction, reviewed and analyzed the report of Egan and Kaluzna dated January 31, 2021. We read the Employee Covenant Agreement between Edward "Teddy" Gillen ("Gillen") and Southern Protective Group, LLC ("SPG") dated March 10, 2014; the Producer Agreement between EPIC and Gillen effective as of August 20, 2020; the Asset Purchase Agreement between Southern Protective Group, LLC; Gregg Schieffelbein; Baldwin Krystyn Sherman Partners, LLC; BRP Colleague, Inc.; BRP Group, Inc.; and Baldwin Risk Partners, LLC, dated May 1, 2020; the Complaint, Answer to Complaint, and other pleadings in this matter. We utilized insurance industry transaction data for SIC code 6411 – Insurance Agents, Broker, and Service published by Business Valuation Resources, LLC - DealStats. We analyzed the historical financial statements of Plaintiffs' parent company, BRP Group, Inc. We read and analyzed the depositions and exhibits thereto of Amy Ingram dated August 18, 2021; Christopher Schaffer dated November 2, 2021; Daniel Crawford dated November 9, 2021 and November 10, 2021; Edward Gillen dated August 5, 2021; Gregg Schieffelbein dated August 19, 2021; John Valentine dated December 9, 2021 and January 13, 2022; and Matthew LeBlanc dated August 11, 2021. We utilized *Attaining Reasonable Certainty in Economic Damages Calculations* 2019

published by the Association of International Professional Accountants ("AICPA") and Chartered Institute of Management Accountants ("CIMA"); AICPA and CIMA *Forensic & Valuation Services Practice Aid Calculating Lost Profits* 2020; and AICPA *Statements on Standards for Valuation Services No. 1*. See attached appendices for additional information utilized.

### FINDINGS AND OPINIONS

5.  Based upon the methodology described above, my skills, knowledge, experience, education and training, my opinions are as follows:

- Plaintiff Expert's damage methodology is unreliable and results in a grossly inflated damage determination. Insurance commissions are bought and sold in an active marketplace. [1] Economic damages cannot exceed the total value of the business that was lost. Therefore, the Plaintiff Expert's damages cannot exceed the fair market value of the insurance commission business that was lost. The fair market value of the insurance commission business lost was $413 thousand. However, Plaintiff Expert's damages exceed the fair market value of the insurance commission business lost by $578 thousand.[2]

- Additionally, Plaintiff's lost profits are inflated because Plaintiff Expert's incremental costs are understated. Plaintiff Expert assumed that incremental costs were 26% of revenue.[3] However, BRP Group, Inc.'s incremental costs from 2018 through 2020 averaged 89% of revenue according to their audited financial statements. Using BRP Group, Inc.'s actual incremental cost percentage reduces

---

[1] See, e.g., IBISWorld Industry Report 52421 -Insurance Brokers & Agencies in the US dated July 2021, page 7, 16 - Annual revenue growth of 2.6% is expected for the next five years. Additionally, "High levels of M&A activity are anticipated to continue over the five years to 2026, as operators try to increase market share and build economies of scale."
[2] See, Plaintiff Expert's Report Attachment 210.
[3] See, Plaintiff Expert's Report Attachment 230.

Plaintiff Expert's damages to $147 thousand. In addition, using BRP Group, Inc.'s actual incremental cost percentage reduces Plaintiff Expert's damages for the period August 20, 2020, through August 19, 2022, to $42 thousand.

6.    We determined the fair market value of the insurance commission business lost using the guideline transaction method of the market approach. Our analysis of the comparable transactions from DealStats resulted in a median revenue multiple of 2.03x. [4] We utilized a multiple of revenue because it is the most reliable predictor of fair market value based on the coefficient of variation between fair market value and revenue. In addition, revenue multiples have traditionally been accurate predictors of the value of insurance commission business, particularly in situations where the acquiring firm is integrating revenue streams into an existing cost structure.

---

[4] Sales transactions from DealStats for SIC Code 6411 - Insurance Agents, Brokers and Service. See, https://www.bvresources.com/products/dealstats. Transactions were eliminated based on business description, sale date and length of non-compete agreement. We identified targets over the previous ten years, and excluded transactions involving property & casualty insurers, insurance adjusters and auto insurers.

## OTHER CONSIDERATIONS

7.      This report is issued in accordance with the AICPA Statement on Standards for Forensic Services No. 1.  This report is to be used solely in connection with proceedings in the above-referenced matter and should not be used for any other purpose.  Outside distribution of this report to others is not permitted without the written consent of AEA Group.  The information in this report is based on information learned through the date of the report.  Discovery in the captioned litigation is ongoing, as is my review and analysis of the facts and circumstances of the case.  As I have previously noted, I reserve the right to supplement and amend my opinions to consider information learned after the date of this report.


By:


_____

J. Lester Alexander, III

**APPENDICES**

Appendix 1 –     Fair Market Value of Insurance Commission Business Lost

Appendix 2 –     Comparable Sales Transactions

Appendix 3 –     Plaintiff's Damages Changing Only Incremental Cost Percentage

Appendix 4 –     Historical Incremental Cost Structure

Appendix 5 –     Resume of J. Lester Alexander, III

Appendix 6 –     J. Lester Alexander, III Testimony in Last 4 Years

Appendix 7 –     Information Utilized

**Appendix 1**

## Fair Market Value of Insurance Commission Business Lost
### Using the Market Approach

| | | |
|---|---|---|
| Lost 2021 revenue [1] | $ | 203,694 |
| Revenue multiple | | 2.03 |
| **Damages, rounded** | **$** | **413,000** |

*Source:*

1) See, Total Estimated BRP Lost Revenue for 2021, Attachment 240 to the report of Egan and Kaluzna.

**Appendix 2**

## Comparable Sales Transactions

| Transaction ID [1,2] | Sale Date | Transaction Type | Target SIC | Non-Compete Agreement Life | Target Business Description | MVIC Price [3] | Net Sales | MVIC / Sales |
|---|---|---|---|---|---|---|---|---|
| 44839-1 | 9/28/2018 | Asset | 6411 | 2 Years | General Insurance Company | $ 2,070,000 | $ 690,000 | 3.00x |
| 37114-1 | 12/1/2016 | Asset | 6411 | 2 Years | Insurance Agency | 450,000 | 226,149 | 1.99x |
| 36527-1 | 3/31/2016 | Asset | 6411 | 2 Years | Insurance Agency | 410,000 | 283,182 | 1.45x |
| 30038-1 | 4/4/2013 | Asset | 6411 | 2 Years | Insurance Agency | 6,000,000 | 2,900,000 | 2.07x |

**Median [4]** — **2.03x**

Average / mean — 2.13x

Standard deviation — 0.6444

Coefficient of variation [5] — 0.3030

*Sources & Notes:*

1) Sales transactions from DealStats for SIC Code 6411 - Insurance Agents, Brokers and Service. See, https://www.bvresources.com/products/dealstats.

2) Transactions were eliminated based on business description, sale date and length of non-compete agreement. We identified targets over the previous ten years, and excluded transactions involving property & casualty insurers, insurance adjusters and auto insurers.

3) MVIC is the "selling price [or] the total consideration paid to the seller…" See, DealStats (formerly Pratt's Stats) Frequently Asked Questions (FAQs) - https://www.bvresources.com/products/faqs/dealstats.

4) "As a measure of central tendency for most statistics that we use in business valuation, we tend to prefer the median over the mean, primarily to avoid distortions from outliers." See, The Market Approach to Valuing Businesses, 2nd Edition by Shannon P. Pratt, page 140.

5) Coefficient of variation is a "way to measure how spread out values are in a dataset relative to the mean…In most cases, the lower the coefficient of variation the better because it means the spread of data values is low relative to the mean." See, https://www.statology.org/what-is-a-good-coefficient-of-variation/.

Appendix 3

**Plaintiff's Damages Changing Only Incremental Cost Percentage**

| | 8/20 - 12/31 2020 | 2021 [1] | 1/1 - 8/19 2022 | 8/20/2020 - 8/19/2022 Total | 8/20 - 12/31 2022 | 2023 | 2024 | 2025 | 2026 | 1/1 - 8/19 2027 | 8/20/2020 - 8/19/2027 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 5,823 | $203,694 | $168,265 | | $ 97,609 | $261,956 | $243,619 | $226,566 | $210,706 | $124,016 | |
| BRP Group, Inc. incremental cost % | -89% | -89% | -89% | | -89% | -89% | -89% | -89% | -89% | -89% | |
| **Lost profits** | **641** | **22,406** | **18,509** | | **10,737** | **28,815** | **26,798** | **24,922** | **23,178** | **13,642** | |
| Discount rate | 9% | 9% | 9% | | 9% | 9% | 9% | 9% | 9% | 9% | |
| Discount period | - | - | - | | 0.18 | 0.87 | 1.87 | 2.87 | 3.87 | 4.69 | |
| Discount factor | 1.00 | 1.00 | 1.00 | | 0.98 | 0.93 | 0.85 | 0.78 | 0.72 | 0.67 | |
| **Present value of lost profits** | **$ 641** | **$ 22,406** | **$ 18,509** | **$ 41,556** | **$ 10,522** | **$ 26,798** | **$ 22,778** | **$ 19,439** | **$ 16,688** | **$ 9,140** | **$146,921** |
| **Present value, rounded** | | | | **$ 42,000** | | | | | | | **$147,000** |

*Sources and Notes:*

1) BRP Group, Inc. Form 10-K for the years ended December 31, 2020 and December 31, 2019.

2) Attachment 220 and 240 of the Report of Egan and Kaluzna.

3) BRP's lost revenue (i.e., commissions) are based on premiums reported by EPIC and BRP's commission structure.

**Historical Incremental Cost Structure**
**BRP Group, Inc.**

| (in thousands, except share and per share data) | 2018 | % of Total | 2019 | % of Total | % Change | 2020 | % of Total | % Change | Total | Incremental to Revenue? |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues: | | | | | | | | | | |
| Commissions and fees | $ 79,880 | 100% | $ 137,841 | 100% | 73% | $ 240,919 | 100% | 75% | $ 458,640 | |
| Operating expenses: | | | | | | | | | | |
| Commissions, employee compensation and benefits | 51,654 | 65% | 96,955 | 70% | 88% | 174,114 | 72% | 80% | 322,723 | Yes |
| Other operating expenses | 14,379 | 18% | 24,576 | 18% | 71% | 48,060 | 20% | 96% | 87,015 | Yes |
| Amortization expense | 2,582 | 3% | 10,007 | 7% | 288% | 19,038 | 8% | 90% | 31,627 | |
| Change in fair value of contingent consideration | 1,228 | 2% | 10,829 | 8% | 782% | 20,516 | 9% | 89% | 32,573 | |
| Depreciation expense | 508 | 1% | 542 | 0% | 7% | 1,129 | 0% | 108% | 2,179 | |
| **Total operating expenses** | **70,351** | **88%** | **142,909** | **104%** | **103%** | **262,857** | **109%** | **84%** | **476,117** | |
| **Operating income (loss)** | **9,529** | **12%** | **(5,068)** | **-4%** | **-153%** | **(21,938)** | **-9%** | **333%** | **(17,477)** | |
| Other income (expense): | | | | | | | | | | |
| Interest expense, net | (6,625) | -8% | (10,640) | -8% | 61% | (7,857) | -3% | -26% | (25,122) | |
| Loss on extinguishment of debt | - | 0% | (6,732) | -5% | | - | 0% | -100% | (6,732) | |
| Other income (expense), net | (215) | 0% | 3 | 0% | -101% | (95) | 0% | -3267% | (307) | |
| **Total other expense** | **(6,840)** | **-9%** | **(17,369)** | **-13%** | **154%** | **(7,952)** | **-3%** | **-54%** | **(32,161)** | |
| **Income (loss) before income taxes** | **2,689** | **3%** | **(22,437)** | **-16%** | **-934%** | **(29,890)** | **-12%** | **33%** | **(49,638)** | |
| Income tax expense (benefit) | - | 0% | 17 | 0% | | (5) | 0% | -129% | 12 | |
| **Net loss** | **$ 2,689** | **3%** | **$ (22,454)** | **-16%** | **-935%** | **$ (29,885)** | **-12%** | **33%** | **$ (49,650)** | |
| | | | | | | | | | | |
| Less: net loss attributable to noncontrolling interests | 3,313 | 4% | (13,804) | -10% | -517% | (14,189) | -6% | 3% | (24,680) | |
| Net loss attributable to BRP Group, Inc. | (624) | -1% | (8,650) | -6% | 1286% | (15,696) | -7% | 81% | (24,970) | |
| | | | | | | | | | | |
| Total incremental costs | $ 66,033 | | $ 121,531 | | | $ 222,174 | | | $ 409,738 | |
| Total revenue | 79,880 | | 137,841 | | | 240,919 | | | 458,640 | |
| **Historical incremental cost %** | **83%** | | **88%** | | | **92%** | | | **89%** | |

*Source:*
BRP Group, Inc. Form 10-K for the years ended December 31, 2020 and December 31, 2019.

Appendix 5

# J. Lester Alexander, III

**PROFESSIONAL E X P E R I E N C E**

Mr. Alexander is the Founder and Chief Executive Officer of AEA Group. He is a former partner of PwC and former southeastern practice leader of one of its legacy firm's consulting practices. Mr. Alexander has practiced for more than three decades performing audit, tax and consulting services. In recent years, Mr. Alexander has concentrated his practice in the areas of economic research, financial investigations, forensic accounting and valuation services. Mr. Alexander has provided services and, from time to time, expert testimony in Federal and state courts and in situations involving alternative dispute resolution. He has been admitted as an expert witness and testified in Federal and state courts on a variety of financial subjects.

He is experienced in and has provided business valuation, economic research, auditing, financial advisory, tax advisory, investment advisory, forensic accounting, fraud investigation, cash tracing and cost accounting services. He has evaluated ownership interests in real property and in businesses in connection with acquisition, disposition and other types of disputes. He has performed studies of market demand, obsolescence and product/equipment useful lives in numerous matters involving multiple industries. He has traced the flow of cash and determined the sources and uses of funds. In addition, he has performed incremental cost studies, contribution margin studies and other applications of cost accounting for clients in connection with new products, acquisitions, patents, trademarks and other purposes. This experience includes making projections of incremental revenues and costs in connection with profitability analysis of proposed business ventures, new products and other profitability analysis for companies.

Throughout his career, Mr. Alexander has advised governing bodies, committees and senior management on their role in risk management and oversight activities of companies. His clients have included publicly traded companies, privately held companies, governmental entities and tax-exempt entities. He has advised governing bodies overseeing companies in the start-up/growth, mature and restructuring phases of operational development. He has performed these services for governing bodies overseeing companies operating in a variety of industries.

Mr. Alexander has performed determinations of solvency; determined financial feasibility of turnaround plans; investigated potentially fraudulent transfers made by debtors; analyzed preferential payments to creditors; analyzed the course of dealings between debtor/creditor; and valued the consideration received when a debtor transfers assets. Mr. Alexander has testified in court as an expert witness concerning insolvency, fraudulent transfers, preference payments, course conduct between businesses, reasonably equivalent value, cash/collateral tracing, lost profits, business valuation and records reconstruction.

**Appendix 5**

**PROFESSIONAL EXPERIENCE- CONTINUED**

Further, Mr. Alexander has been appointed Trustee of both Chapter 11 and Chapter 7 Bankruptcy Estates and served as a lead advisor for various financial institutions in connection with their underwriting and credit/investment evaluation activities.  Creditors and Trustees have engaged Mr. Alexander to review financial feasibility of plans of reorganization, investigate insider transactions, value businesses and to evaluate loan collateral. In addition, Mr. Alexander has served as an arbitrator in connection with various types of disputes.

**INDUSTRY EXPERIENCE HIGHLIGHTS**

### *Energy*

Assisted BP with its evaluation, investigation and remediation of fraud risks in the Deep Water Horizon settlement fund.

Valued oil & gas leases located in the Gulf of Mexico in connection with allegations of breaches of fiduciary duties by an officer of an oil & gas exploration enterprise.

Studied deep water oil and gas drilling activity from 2008 through 2016 in connection with disputes involving supply vessel operations in the Gulf of Mexico.

Investigated vendor practices in the US oil & gas industry in connection with allegations of non-arms-length dealings by management of a publically traded enterprise.

Investigated potential fraudulent transfers by insiders of an off shore oil & gas operation in the fours years prior to its filing for bankruptcy.

Advised owner of a wood-fired alternative power facility in connection with restructuring debt agreements.

Advised the general counsel of a publicly traded company serving the nuclear power industry regarding the adequacy of disclosures regarding disputes with its power utility customers.

### *Financial Services – Banking*

Conducted due diligence for lenders in connection with mezzanine transactions and cash flow lending transactions.

Testified in lender liability disputes analyzing the financial condition of the borrower, industry conditions and other circumstances surrounding credit decisions by lenders.

Evaluated the adequacy of lenders' financial statement disclosures related to sales, divestitures, lending activities, mergers and acquisitions.

Evaluated lender's consumer credit collection practices for compliance with Federal & numerous state laws.

Assisted in internal investigations performed in parallel with investigations conducted by the FDIC, FINRA and state banking regulators.

Appendix 5

*Financial Services – Banking (continued)*

Testified regarding customary due diligence responsibilities of sellers and buyers in the banking industry.

Served as a Chapter 7 and Chapter 11 bankruptcy trustee at the recommendation of banks involved as secured creditors.

Testified in class action certification hearings, class action settlement fairness hearings and class action proceedings involving a variety of matters involving commercial, consumer and mortgage banks.

Investigated circumstances surrounding the largest bank failure in US history and allegations of fraudulent activity.

*Financial Services – Insurance*

Valued policyholder benefits for a variety of health, life, disability and other policies in connection with multiple consumer fraud disputes and class actions.

Investigated the underwriting and sales practices of stock and mutual health and life insurance companies.

Investigated allegations of misconduct by the senior management of a publicly traded reinsurance company.

Performed due diligence and valuation services for an international bank seeking to acquire a U.S. property and casualty insurance company.

Investigated allegations of misconduct in connection with the transfer of various reinsurance treaties for a publicly traded reinsurer.

Valued a variety of insurance lines in connection with acquisition due diligence and post-acquisition disputes.

Valued managing general agencies and managing general underwriter agencies in connection with a variety of disputes.

Investigated the insured's knowledge of fraud for an insurance company in connection with a fidelity bond claim made by a failing bank.

Assisted with internal investigations of senior management of a property and casualty reinsurer performed in parallel with multi-year re-examinations conducted by thirty-nine state departments of insurance.

Testified regarding coverage matters in connection with fidelity bond, business interruption and extra expense claims as it pertained to the value of policy benefits.

Reviewed and/or prepared business interruption and extra expense claims for the insured, as well as for the insurer, in connection with property and casualty losses.

**Appendix 5**

*Healthcare*

Valued pharmaceutical companies in connection with allegations of breaches of fiduciary duties in connection with post-merger disputes.

Valued acute care, long-term care and mental healthcare providers in connection with post acquisition disputes.

Analyzed FDA systems and processes used to assess the probability of successful drug approvals.

Valued healthcare accounts receivable in connection with numerous disputes between providers and payers regarding preferred provider agreements, managed care contracts and traditional commercial insurance contracts.

Established the fair price of a medical service in a variety of matters for both healthcare providers and third-party administrators.

Conducted analyses to determine whether charges submitted by healthcare providers were reasonable and customary.

Valued life-care plans for persons suffering life-long personal injuries.

Performed multi-year fraud risk assessments for a publically traded healthcare provider following discovery of fraudulent activity by senior management.

Served as Chapter 11 and Chapter 7 bankruptcy trustee for the largest pharmaceutical compounding operation after senior management were accused of fraudulent activity.

Provided testimony regarding the customary and reasonable nature of a healthcare provider's compliance program.

Assessed appropriateness of Medicare and Medicaid charges by healthcare providers in connection with civil and criminal investigations.

Investigated lab, cancer center, outpatient, surgery center, acute-care, long-term care, mental healthcare and other healthcare billing practices for compliance with Medicare, Medicaid and other contractual billing requirements.

*Construction and Government Contracting*

Testified regarding the value of contract claims/change orders under fixed price, cost-plus and other contracts for commercial, civil, industrial and government contractors.

Performed multi-year fraud risk assessments for a privately-held general contractor that was moving from performing principally negotiated commercial contracts to performing principally government contracts.

Advised BP and provided testimony to the US 5th Circuit in the Deep Water Horizon matter regarding construction accounting and its impact on settlement payments.

Testified regarding billable vs non-billable costs under cost-plus construction contracts.

**Appendix 5**

### *Construction and Government Contracting (continued)*

Investigated allegations of contractor and sub-contractor billing fraud.

Investigated contractor compliance with various wage and hour as well as jobsite safety laws.

Investigated allegations of financial statement misstatements by contractors reporting revenue under the percentage-of-completion method.

Prepared business interruption claims for contractors impacted by hurricanes and other natural disasters.

Served as Chapter 7 bankruptcy trustee for a government contractor performing bridge construction for various state departments of transportation.

Served as Chapter 11 and Chapter 7 bankruptcy trustee for government contractor supplying uniforms to the US Department of Defense and the US Department of Agriculture.

### PROFESSIONAL CERTIFICATIONS

Certified Public Accountant (CPA)

Certified in Financial Forensics (CFF)

Accredited in Business Valuation (ABV)

Certified Fraud Examiner (CFE)

Chartered Global Management Accountant (CGMA)

### PROFESSIONAL & BUSINESS AFFILIATIONS

American Institute of Certified Public Accountants, Forensic & Valuation Services Section

Member, Alabama Society of Certified Public Accountants

Member, Florida Institute of Certified Public Accountants

Member, Louisiana Society of Certified Public Accountants

Member, Association of Certified Fraud Examiners Associate

Member, American Bar Association

Member, Board of Directors and Executive Committee, Steward Machine Co, Inc.

Special Limited Trustee, Middle District of Alabama, United States Bankruptcy Court

Member, Birmingham Monday Morning Quarterback Club

Former National Practice Leader – Coopers & Lybrand's Financial Services Consumer Dispute Resolution Practice

Former Regional Service Line Leader – Coopers & Lybrand's Litigation Consulting Services Southern Region

Former Practice Leader for Dispute Analysis and Investigations – PricewaterhouseCoopers LLP, Birmingham, Alabama

Former Website Editor, Commercial & Business Litigation Subcommittee of the Litigation Section of the American Bar Association

Former Member – Banking and Insurance Industry Groups – PricewaterhouseCooper

**Appendix 5**

**SPEAKING ENAGEMENTS**

Lecture, "Complex Commercial Damages" – 2018 Nashville Bar Association, Nashville, Tennessee

Lecturer, "Damages Topics" – 2016 Bench Bar Conference, New Orleans Chapter, Louisiana State Bar Association Civil Law & Litigation Section, Point Clear, Alabama

Lecturer, "Fraud Prevention Tips and Traps: What Every Auditor and CFO Should Know About Fraud" 2013, Georgia Society of Certified Public Accountants Fraud and Forensic Accounting Conference, Atlanta, Georgia

Lecturer, "Top 10 Things to Know About Fraud" – 2012 Cumberland Law School Continuing Education Seminar & Construction Financial Management Association, Birmingham, Alabama

Lecturer, "Construction Claims" – 2006 Construction Contracting Claims Seminar by Lorman Seminars, Birmingham, Alabama

Lecturer, "Financial Damages" – 2004 Cumberland Law School Continuing Education Seminar, Birmingham, Alabama

Lecturer, "Financial and Business Fraud Schemes" – 2004 Corporate Counsel Seminar, Birmingham, Alabama

Lecturer, "Detecting Fraud Schemes" – Fall Bankruptcy Seminar, 2003 Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Accountant's View of Sarbanes Oxley" – 2003 Seminar, Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Online Fraud Prevention" – 2002 Institute of Management Accountants, Birmingham, Alabama

Lecture, "Business Valuation Damages" - 2018, Houston Bar Association Security Litigation Section, Houston Texas

Lecturer, "10 Mistakes to Avoid When Cross Examining Experts" – 2014 TN/AL Defense Lawyers Assoc. Annual Meeting, Destin Florida

Lecturer, "High Profile Frauds" – 2010 Cumberland Law School Continuing Education Seminar, Birmingham, Alabama

Lecturer, "Fraud Risk Assessments, Antifraud Programs & Enterprise Risk Management" – 2007 Accounting & Auditing Update by Lorman Seminars, Birmingham, Alabama

Lecturer, "Construction Claims" – 2007 Construction Contracting Claims Seminar by Lorman Seminars,  Birmingham Alabama

Lecturer, "Forensic Computer Investigation" – 2001 Discovery Seminar, Alabama Bar Continuing Education Series, Birmingham, Alabama

Lecturer, "Online Business & Financial Research Methods" – 2001 Federation of Insurance & Corporate Counsel's Internet University, Napa, California

Lecturer, "Identifying and Investigating Fraud" – 2001 Institute of Management Accountants, Birmingham, Alabama

Lecturer, "Online Discovery" – Defense Research Institute's 2001 Annual Meeting of Young Lawyers, Miami, Florida

Lecturer, "Online Expert Witness Research" – 2001 Louisiana State Bar 17th Summer School for Lawyers, Destin, Florida

Appendix 6

# J. Lester Alexander, III
## Testimony in Last Four Years

PRIDE Centric Resources, Inc. v. LaPorte, a Professional Accounting Corporation, et al (United States District Court, Eastern District, Louisiana)

Mount Vernon Pine, LLC, et. al. v. The Hilb Group LLC, et.. al. (Circuit Court, Jefferson County, Alabama)

Linngen, LLC and Alexander Linn v. Benjamin Bayless, Jr. and Alabama Foundation Specialists, Inc. (Circuit Court, Jefferson County, Alabama)

Alabama Induron Coatings, LLC v. Environmental, MD, Inc.et al (Circuit Court, Jefferson County, Alabama)

Alabama One Credit Union v. CUMI Insurance Society, Inc. (United States District Court, Northern District, Alabama)

Southeastern Stud & Components, In, Debtor and J. Lester Alexander, III, Chapter 7 Trustee v. The Mill Steel Company, et al (United States Bankruptcy Court, Middle District, Alabama)

American Brokerage Network, et al v. American International Group, Inc., et. al. (Arbitration, Nashville Tennessee)

P&N Kissimmee, et. al. v. Regions Bank (Circuit Court, Jefferson County, Alabama)

Theodora Rozes v. Lee County Electric Cooperative (Circuit Court, Lee County, Florida)

Royal American Management, Inc., et. al. v. WCA Waste Management Corporation, et al. (United States District Court, Northern District, Florida)

Orleans Parish School Board and Louisiana Recovery School District v. Federal Emergency Management Agency (The United States Civilian Board of Contract Appeals)

Louisiana Pellets , Inc. et. al. v. Wessel GMB, et. al. (United States Bankruptcy Court, Western District, Louisiana)

Greenbrier Acquisition, LLC v. MMO Behavioral Health Systems, LLC, et al. (United States District Court, Eastern District, Louisiana)

Overgroup Consulting, LLC, et. al. v. Globalinx Enterprises, Inc., et. al. (District Court, Fulton County, Georgia)

Cost Containment Express, LLC v. Horizon Healthcare Services, Inc. (United States District Court, New Jersey)

McElveen et al v. Doug Hill et al (Circuit Court, Jefferson County, Alabama)

Townhouse Restaurant of Oviedo, Inc. et al v. NuCO2, LLC (United States District Court, Southern District, Florida)

H. Kenneth Lefoldt, Jr. as Trustee for the Natchez Regional Medical Center Liquidation Trust v. Donald Renfro, et. al. (United States Bankruptcy Court, Southern District, Mississippi)

JohnsonKreis Construction Company, Inc. v. CrossPlex Village QALICB, LLC (Arbitration, Birmingham, Alabama)

Superior Energy Services, Inc., Stabil Drill Specialties, L.L.C., and SESI, L.L.C. v. Christopher J. Russo, Martin A. LeBlanc, et. al. (District Court, Harris County, Texas)

William A. Carn, III, as Chapter 7 Trustee of SpecAlloy Corporation, et. al. v. Heesung PM Tech Corporation, et al (United States Bankruptcy Court, Middle District, Alabama)

Cesar T. Fernandez, M.D., et. al. v. Health Management Associates, Inc. et al (Circuit Court, Etowah County, Alabama)

Lajauna Harvey, et. al. v. CRST International, Inc. (Circuit Court, Clarke County, Alabama)

Alabama Space Science Exhibit Commission v. Odysseia Co., LTD (Circuit Court, Madison County, Alabama)

SFEG Corp., v. Blendtec, Inc. (United States District Court, Middle District, Tennessee)

Tucker v. Davis Oil Company, Inc., et. al. (Circuit Court, Etowah County, Alabama)

All South Subcontractors, Inc., et. al. v. Sunbelt Rentals, Inc. (District Court, Middle District, Georgia)

Wireman, et. al. v. Yates Construction, et al (Arbitration, Orange Beach, AL)

Vision Construction, Inc., et. al. v. Argos Ready Mix, LLC (Arbitration, Pensacola, Florida)

Pro Consulting LLC v. Protective Life Insurance Co., et al. (Arbitration, New York, New York)

Sean Southard, as Plan Administrator of the Amended Chapter 11 Plan for Hebrew Hospital Senior Housing, Inc. v. Mary Francis Barrett, et. al. (United States Bankruptcy Court, Southern District, New York)

Austin Dale Morison v. Tristan Lee Guthrie, et. al. (Circuit Court, Jackson County, Alabama)

Lynn Harwell Andrews, Chapter 7 Trustee for Graham Gulf, Inc. v. Graham Holding Company, Inc., et. al. (United States Bankruptcy Court, Southern District, Alabama)

J Lester Alexander, Liquidating Chapter 11 Trustee, Franklin Pharmacy, LLC. V. Timothy Aaron, et. al. (United States District Court, Northern District, Alabama)

McGriff Seibles & Williams, Inc. v. David Young, et. al., (Circuit Court, Jefferson County, Alabama)

Linngen, LLC v Alabama Foundation Specialists, Inc. (Circuit Court, Jefferson County, Alabama)

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| BRP Group, Inc. Form 10-K for the years ended December 31, 2019.pdf | | | |
| BRP Group, Inc. Form 10-K for the years ended December 31, 2020.pdf | | | |
| Excerpts from Market Approach to Valuing a Business by Pratt.pdf | | | |
| M&A Outlook for Insurance Brokers in 2021 _ BDO Insights.pdf | | | |
| Deloitte gx-2021-insurance-ma-outlook.pdf | | | |
| ssvs-full-version.pdf | | | |
| us-2021-midyear-insurance-mna-outlook (1).pdf | | | |
| MB M&A Trends.pdf | | | |
| MarshBerry 2019 Market & Financial Outlook.pdf | | | |
| Plaintiffs' Supplemental Initial Disclosures(50130313.1).pdf | 2022-01-31 | Plaintiffs' Supplemental Initial Disclosures | |
| ChristopherSchafferMD_LinkPDF.pdf | 2021-11-02 | Deposition of Christopher Schaffer taken 11/2/21 with links to exhibits | |
| Daniel Crawford 11-09-2021_full_ex.pdf | 2021-11-09 | Deposition of Daniel Crawford taken 11/9/21 with links to exhibits | |
| Daniel Crawford 11-10-2021_full_ex.pdf | 2021-11-10 | Deposition of Daniel Crwaford taken 11/10/21 with links to exhibits | |
| 5870508_1_10-14-22-JOHN VALENTINE_cond_N_CERTIFIED TRANSCRIPT.PDF | 2022-01-14 | Deposition of John Valentine taken 1/14/22 - condensed | |
| 5870490_1_1209Valentine-ML_Condensed - JEB Copy.PDF | 2021-12-09 | Deposition of John Valentine taken 12/9/21 - condensed | |
| 5870505_1_0818Ingram-ML_Condensed.PDF | 2021-08-18 | Deposition of Amy Ingram taken 8/18/21 - condensed | |
| 5870504_1_0819Schieffelbein-ML_Condensed.PDF | 2021-08-19 | Deposition of Gregg Schieffelbein taken 8/19/21 - condensed | |
| 5870506_1_Daniel Crawford 11-10-2021_cond (2).PDF | 2021-11-10 | Deposition of Daniel Crawford taken 11/10/21 - condensed | |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| 5870507_1_Edward Teddy Gillen 08-05-2021_cond.PDF | 2021-08-05 | Deposition of Teddy Gillen taken 8/5/21 - condensed | |
| Defendants2975-2976.PDF | 2022-01-18 | Gillen Policy List Report dated 5/4/21 updated 1/18/22 | Defendants 002975-002976 |
| Defendants2971-2972.PDF | 2021-11-08 | Gillen Policy List Report dated 5/4/21 updated 11/8/21 | Defendants 002971-002972 |
| Defendants2936-2970.PDF | 2021-10-08 | Various Declarations Filed Oct. 2021 | Defendants 002936-002970 |
| Defendants002922-2931.PDF | 2022-08-20 | Producer Agreement between Gillen and EPIC | Defendants 002922-002931 |
| Defendants002217-002256.PDF | 2020-05-22 | EPIC letter to Gillen re: Intent to offer employment; Producer agreement between EPIC and Gillen; Gillen Verizon Call Records July-Oct 2020; Policy list report | Defendants 002216-002256 |
| BRPESI2414-2432.PDF | 2020-09-01 | Account Purchase Agreement between EPIC and Baldwin Risk Partners | BRP ESI 002414-002432 |
| BRPESI2408-2410.PDF | 2020-08-20 | Letter from EPIC to Baldwin Risk Partners re: Intent to Purchase Assets | BRP ESI 002408-002410 |
| BRP000473-499.PDF | 2020-05-01 | Schedules to the Asset Purchase Agreement between SPG, Schieffelbein, BRP Colleague, BRP Group, and Baldwin Risk Partners | BRP 000473-000499 |
| BRP000299-439.PDF | 2020-05-01 | Asset Purchase Agreement between SPG, Schieffelbein, BRP Colleague, BRP Group, and Baldwin Risk Partners | BRP 000299-000439 |
| BRP000277-298.PDF | 2019-10-07 | NORCAL Mutual Amend Premium Endorsement; declarations page; The Doctors Company Offer of Insurance to various customers - October 2019 | BRP 000277-000298 |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| BRP000231-276.PDF | 2020-05-02 - 2020-10-01 | NORCAL Group Commission Statements May 2019 - October 2020 | BRP 000231-000276 |
| BRP000212-230.PDF | 2017-2020 | The Doctors Company Commission Statements - various dates 2017-2020 | BRP 000212-000230 |
| BRP000194-211.PDF | 2019-2020 | List of accounts including name, policy #, effective and expiration dates, premiums and commissions estimated; pages from agreement with BKS and SPG | BRP 000194-000211 |
| BRP000161-193.PDF | 2020 | AJAX Invoices to Southern Protective Group; Ameritas Corporate Activity Statements; The Hartford Tabs Commission Statements; MedicalMutual Commission Statements; The Doctors Company Commission Statements | BRP 000161-000193 |
| BRP00001-151.PDF | 2020 | BRP Ops Colleague Handbook - 2020; IT Policy; Edward Gillen Background Screening Report; Offer leter, employment eligibility verificaton, payroll forms, compensation schedule, employment agreement, asset purchase agreement | BRP 000001-000151 |
| 5870506_1_Daniel Crawford 11-10-2021_cond.PDF | 2021-11-10 | Deposition of Daniel Crawford taken 11/10/21, condensed | |
| About BRP.pdf | 2022-02-15 | Page from BRP Website - About BRP | |
| About EPIC.pdf | 2022-02-15 | Page from EPIC Website - About EPIC | |
| EPIC Gillen Announcement.pdf | 2020-08-20 | Announcement - EPIC Adds Teddy Gillen to Healthcare Practice | |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| EPIC Healthcare.pdf | 2022-02-15 | Page from EPIC Website - Healthcare | |
| IRS Form 940.pdf | 2022-01-26 | IRS Topic No. 759 Form 940 - Employer's Annual Federal Unemployment (FUTA) Tax Return - Filing and Deposit Requirements | |
| FL Lowers SUI Tax Rate 2021.pdf | 2021-05-17 | EY - Florida law lowers 2021 SUI tax rates; 2021 SUI tax notices to be reissued | |
| IRS Social Security and Medicare Witholding Rates.pdf | 2022-01-26 | IRS Topic No. 751 Social Security and Medicare Withholding Rates | |
| Preliminary Outlook SUI 2022.pdf | 2021-12-15 | EY - A Preliminary Look at the 2022 SUI taxable wage bases | |
| AILL Policy Types-BRP EPIC 7.29.21.xlsx | 2021-07-29 | List of Policy Types and Codes | |
| BRP 000529 Copy of Earned Commissions Spreadsheet(50122468.1).xlsx | | Earned commissions spreadsheet | BRP 000529 |
| Aon plc 2020 Form 10-K.pdf | 2020 | Aon plc 2020 Form 10-K | |
| BRP 000528.XLSX | 2018-2021 | Partially redacted spreadsheet with data from 2018-2021 | BRP 000528 |
| Breakwater Communications_09.pdf | 2022-01-13 | John Valentine 1/13/22 Deposition | |
| Breakwater Communications_10.pdf | | Amwins Q1 2022 Pricing Guidance for Key Industries; various pleadings; Gillen policy list report; Declarations; Alera Group Property and Casualty Outlook 2022 Market Outlook; AICPA Practice Aid - Calculating Lost Profits | DEFENDANTS 002975-002976, 002936-2970 |
| Breakwater Communications_08.pdf | 2021-12-21 | Plaintiff's First Requests for Admission to Defendant Edward "Teddy" Gillen; Breakwater Forensics Invoice #1284 totaling $41,325 | |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| Breakwater Communications_07.pdf | | Sales process, GAOE 2013 attendee list, independece customized solutions, AJAX invoices, ameritas activity statements, commission statements, NORCAL group statements; Gillen Policy List Report; Plaintiff's second set of requests for production | BRP 000161-000276;  DEFENDANTS 002326 |
| Breakwater Communications_06.pdf | 2019-10-07 | NORCAL Mutual Amend Premium Endorsement, The Doctors Company insurace application approval, offer of insurance, various emails, retentious bonus agreement, potential proceeds analysis; text messages with Amy | BRP 000277-000298; BRP ESI 002901-002910, 2000-2003, 2915-2918, 2924-2925; BRP 000459-461, 448-450 |
| Breakwater Communications_05.pdf | | Emails re: BRP v. Gillen Discovery Conference, Breakwater invoices, 2019 commission splits, Primary Business Program of Goldfarb & Scott, Defendants Response to Plaintiff's first set of interrogatories | |
| Breakwater Communications_04.pdf | 09/20/20 | Declarations of various people | |
| Breakwater Communications_03.pdf | | Emails, answer to complaint, asset purchase agreement, schedules to the asset purchase agreement; Defendants responses to plaintiff's first set of interrogatories, various pleadings | BRP 000299-000439; 473-499 |
| Breakwater Communications_02.pdf | 2020-05-01 | Asset Purchase Agreement between SPG, Schieffelbein, BKS, BRP Colleague, BRP Group and Baldwin Risk Partners; Producer Agreement; Letter of intent to purchase assets; Account Purchase Agreement | BRP 000299-000439; DEFENDANTS 002218-0002227; BRP ESI 002408-002410, 2414-2432; 2922-2931 |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| Breakwater Communications_01.pdf | | Communications with Breakwater Forensics LLC including letters, commission statements, activity statements, invoices, NORCAL Group Commission statements, Asset Purchase Agreement, Verified Complaint | Various |
| 049-EPIC00024847 - pipeline.XLSX | | Pipeline List | EPIC00024847 |
| 048-EPIC00022044.csv | | List of people's names, company, job title, address, phone number and email | EPIC00022044 |
| 046-DEFENDANTS 001104.pdf | 2020-08-25 | Emails between Gillen and Cohn re: Teddy Gillen EPIC Announcement | DEFENDANTS 001104-001105 |
| 044_Defendants 002527.mp4 | | Screencap video of Da text messages | Defendants 002527 |
| 043_Defendants 002526.mov | | Screencap video of Matt text messages | Defendants 002526 |
| 042_Defendants 002525.mov | | Screencap video of Gregg text messages | Defendants 002525 |
| 041_Defendants 002524.mov | | Screencap video of Gregg text messages | Defendants 002524 |
| 016_DEFENDANTS 000372.xlsx | 2018-2019 | List of policy #s, effective date, carrier, line of business, premium, commission, Teddy splits | DEFENDANTS 000372 |
| 015_EPIC00032069.xlsx | | Spreadsheet with tabs: book of business, Heidi book, projections on book, commission sched old deal and Teddy NORCAL book | EPIC00032069 |
| DEF EX -John Valentine-01.pdf | 2021-12-31 | Defendants' First Amended Notice of Rule 30(b)(6) Deposition of Baldwin Krystyn Sherman Partners, LLC and Notice to Produce | |
| DEF EX -John Valentine-09.pdf | | List of Entities | EPIC00003883 |
| DEF EX -John Valentine-08.pdf | | Various commission doucments | DEFENDANTS000375-000455 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -John Valentine-07.pdf | 2021-11-03 | Plaintiff Baldwin Krystyn Sherman Partners, LLC's Supplemental Answers to Defendant EPIC First Interrogatories | |
| DEF EX -John Valentine-06.pdf | 2020-10-16 | Xact Data Discovery Report | |
| DEF EX -John Valentine-05.pdf | 2021-12-09 | Pages from Valentine 12-9-21 Deposition | |
| DEF EX -John Valentine-04.pdf | 2021-10 | Declarations of several people | DEFENDANTS 002936-002970 |
| DEF EX -John Valentine-03.pdf | Various | Scanned binder with various documents including court filings, asset purchase agreement, employment agreement, commission schedule, Baldwin Krystyn Handbook | Various |
| WSG ERRATA + INSTRUCTIONS - 0113 VALENTINE.pdf | 2022-01-13 | Errata sheet for Valentine 1/13/22 Deposition | |
| 0113Valentine-PP_FullSize.pdf | 2022-01-13 | Deposition of John Valentine taken 1/13/22 | |
| 0113Valentine-PP_Condensed.pdf | 2022-01-13 | Deposition of John Valentine taken 1/13/22 - condensed | |
| 0113Valentine-PP.txt | 2022-01-13 | Deposition of John Valentine taken 1/13/22 - text file | |
| DEF EX -John Valentine-02.pdf | 2014-03-10 | Teddy Gillen Acknowledgement and Employee Covenant Agreement | |
| DEF EX -John Valentine-18.pdf | 2019-08-01 - 2020-12-30 | List of clients with Insured name, policy #, carrier, effective date, line of business | EPIC00032064; 32063; 22920; 22919; DEFENDANTS000456, 000372 |
| DEF EX -John Valentine-17.pdf | | List of states, start dates, visits, premiums; relias COVID-19 Impact Summary | EPIC00005453, 5458, 5462-5463, 14302, 17059, 21016, 21059-21064 |
| DEF EX -John Valentine-16.pdf | | Core Clinical Partners summary, bios and locations list | EPIC00003941-3943; 3955-3957; 13823-13828; 20964-20965 |
| DEF EX -John Valentine-15.pdf | | TMS, LLC summary | EPIC00021019 |
| DEF EX -John Valentine-14.pdf | 2014-2015 | Pitts Radiology, PA 2014-2015 renewal premiums | EPIC00027633 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -John Valentine-13.pdf | | NG Inforce Detail Schedule - NORCAL | EPIC00023848 |
| DEF EX -John Valentine-12.pdf | | Summary of states, visits, dates, carrier and premium | EPIC00003927 |
| DEF EX -John Valentine-11.pdf | 2020-03-01 - 2020-04-25 | relias Healthcare Covid-19 Impact Summary | EPIC00014301 |
| DEF EX -John Valentine-10.pdf | | Summary of states, visits and premiums | EPIC00003926 |
| DEF EX -John Valentine-32.pdf | 2016-07-22 | Email from Gillen to self re: Maddux follow up | EPIC00023825 |
| DEF EX -John Valentine-33.pdf | 2015-03-02 | List titled "Merit Manager's Lunch 3.2.15" with various manager contacts and handwritten notes | EPIC00023844-00023845 |
| DEF EX -John Valentine-34.pdf | 2013 | Spreadsheet with names, QS dates, contact info, occupation | EPIC00023850 |
| DEF EX -John Valentine-35.pdf | 2020-08-19 | Emails between Ingram, Schieffelbein and Pastrana re: TG's book of business for 2019; attached book of business spreadsheet | BRP ESI 002953 |
| DEF EX -John Valentine-36.pdf | 2021-09-07 | Email from Kudish to Gillen re: service request | |
| DEF EX -John Valentine-38.pdf | 2021-09-22 | Email from Wilson to Schieffelbein re: Bela Vida Urogynecology | 00648 |
| DEF EX -John Valentine-39.pdf | 2021-09-15 | Court Order | |
| DEF EX -John Valentine-19.pdf | | Baldwin Risk Partners IT Policy BRP-105: Confidential Data Policy | BRP 000055-000058 |
| DEF EX -John Valentine-20.pdf | | List of names with company and email | EPIC00022244 |
| DEF EX -John Valentine-21.pdf | 2019-04-30 | Agency Production Report - Southern Protective Group LLC as of 4/30/19 | EPIC00024643-0024646 |
| DEF EX -John Valentine-22.pdf | 2016 | Southern Protective Group Business Plan 2016 | EPIC00024625-0024634 |
| DEF EX -John Valentine-23.pdf | | Agenda Gregg & Teddy | EPIC00030713 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -John Valentine-24.pdf | | Notes about sales process, phone call language and script | EPIC00024642 |
| DEF EX -John Valentine-25.pdf | | Notes about phone call, voicemail script and questions to ask | EPIC00024641 |
| DEF EX -John Valentine-26.pdf | | Sales Strategy notes | EPIC00024619 |
| DEF EX -John Valentine-27.pdf | | Notes regarding premiums and expiration list | EPIC00024648 |
| DEF EX -John Valentine-28.pdf | | Talking Points: St. Joseph's/Candler Group Purchasing Program for Medical Professional Liability | EPIC00023882 |
| DEF EX -John Valentine-29.pdf | 2013 | GAOE 2013 Attendee List | EPIC00023834 |
| DEF EX -John Valentine-30.pdf | | Independence Customized Solutions Risk Management Ongoing Review Specialists | EPIC00022897 |
| DEF EX -John Valentine-31.pdf | 2015-04-21 | Emerald Coast Health Alliance | EPIC00023826 |
| DEF EX -John Valentine-37.pdf | 2021-09-20 | Email from Wilson to Dowling re: Bela Vida Urogynecology Policy | 00769-00770 |
| CrawfordD 13.PDF | 2020-08-18 | Email from Crawford to Gillen re: countersigned agreement; attached producer agreement | DEFENDANTS002610-002620 |
| CrawfordD 7.PDF | 2020-06-01 | Emails between Crawford and Gillen re: producer agreement | DEFENDANTS002560-002561 |
| CrawfordD 6.PDF | 2020-05-27 | Email from Crawford to Gillen re: producer agreement; attached producer agreement | DEFENDANTS002682-002692 |
| CrawfordD 5.PDF | 2020-05-22 | Email from Crawford to Gillen re: EPIC Offer Term Sheet; attached offer letter and producer agreement | DEFENDANTS002585-002598 |
| CrawfordD 4.PDF | 2020-05-21 | Emails between Gillen and Crawford re: zoom meeting: Emails between Crawford, Gillen and LeBlanc re: continued chat with Teddy and Dan | DEFENDANTS002769-002770; 002578-002564 |
| CrawfordD 3.PDF | 2020-05-15 | Emails between LeBlanc and Crawford re: contact informaiton | DEFENDANTS002539-002543 |
| BRP v. Gillen Protective Order.pdf | | | |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| CrawfordD 2.PDF | 2020-05-13 | Email from Gillen to LeBlanc re: My Agreements; attached Gillen Agreements | Defendants-ICR_0014-0060 |
| CrawfordD 1.PDF | 2020-08-19 | Email from Crawford to Valentine re: Teddy Gillen Account Purchase Proposal; attached letter re: intent to purchase assets, account purchase agreement | BRP ESI 002961-002983 |
| CrawfordD 12.PDF | | FILE DAMAGED - CANNOT OPEN | |
| CrawfordD 11.PDF | 2020-08-12 | Email from Crawford to Gillen re: revised LOI; attached letter of intent | DEFENDANTS002676-002679 |
| CrawfordD 10.PDF | 2020-08-11 | Email from Gillen to Crawford re: follow up | DEFENDANTS002735 |
| CrawfordD 9.PDF | 2020-08-03 | Email from Gillen to Crawford re: ask, chief partnership officer of Baldwin | DEFENDANTS002736 |
| CrawfordD 8.PDF | 2020-07-17 | Email from Gillen to Crawford re: follow up | DEFENDANTS002749 |
| _CrawfordD 11-09-2021_full_ex.PDF | 2021-11-09 | Deposition of Daniel Crawford taken 11/9/21 | |
| ChristopherSchafferMD_2.PDF | 2020-08-25 | Emails between Annette, Gillen, Schaffer and Beth Tarassoli re: Teddy Gillen EPIC Announcement | DEFENDANTS001010-001011 |
| ChristopherSchafferMD_1.PDF | 2021-10-07 | Declaration of Christopher J. Schaffer, MD | DEFENDANTS 002944-002946 |
| ChristopherSchafferMD_3.PDF | 2020-08-25 | Broker of Record Letter from Schaffer Plastic Surgery | DEFENDANTS001165-001166 |
| ChristopherSchafferMD_PDFTran.PDF | 2021-11-02 | Deposition of Christopher Schaffer, MD taken 11/2/21 | |
| DEF EX -Valentine-14.PDF | 2020-08-03 | Email from Gillen to Valentine re: follow up, FW to various recipients | BRP-Priv 000065-000066 |
| DEF EX -Valentine-03.PDF | 2020-08-17 | Emails between Valentine and Ingram re: follow up | BRP ESI 002922-002923 |

## Information Utilized

| Name | Date | Description | Bates Number |
|------|------|-------------|--------------|
| DEF EX -Valentine-02.PDF | 2018-2019 | Southern Protective Group Pro Forma Income Statement | BRP ESI 002808-002826 |
| DEF EX -Valentine-01.PDF | 2020-08-19 | Emails between Crawford and Valentine re: Teddy Gillen Account Purchase Proposal | |
| 1209Valentine-ML_FullSize.PDF | 2021-12-09 | Deposition of John Valentine taken 12/9/21 | |
| DEF EX -Valentine-13.PDF | 2020-07-29 | Emails between Valentine, Dowden and Lavelle re: documents; Email from Gillen to Ingram re: documents; attached excel sheet | BRP ESI 002892-002893 |
| DEF EX -Valentine-12.PDF | 2020-07-26 | Emails between Valentine and Schieffelbein re: Teddy Gillen | BRP ESI 002883-002884 |
| DEF EX -Valentine-11.PDF | 2020-07-16 | Email from Schieffelbein to Valentine re: Teddy Gillen | BRP ESI 001890 |
| DEF EX -Valentine-10.PDF | 2020-07-13 | Email from Valentine to Baldwin re: covenant agreement attachment; attached acknowledgement and employee covenant agreement | BRP ESI 001838-001844 |
| DEF EX -Valentine-09.PDF | 2020-07-08; 2014-03-02 | Email from Gillen to Ingram re: documents; Email from Schieffelbein to Gillen re: offer summary | BRP ESI 001828-001830 |
| DEF EX -Valentine-08.PDF | 2020-05-13 | Emails between Franta, Dowden, Ingram, Murphy re: Analysis of Teddy's go forward Compensation | BRP-Priv 000074-000076 |
| DEF EX -Valentine-07.PDF | 2020-05-06 | Emails between Valentine, McNeely, Lightner and Morgan re: TdF Grid | BRP ESI 002759-002764 |
| DEF EX -Valentine-06.PDF | 2020-04-30 | Emails between Dowden, Valentine, McNeely, Lightner and Ingram re: TdF Grid | BRP ESI 002725-002727 |
| DEF EX -Valentine-05.PDF | 2020-04-22 | Email from Valentine to Schieffelbein re: colleague equity grants | BRP ESI 002646-002647 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -Valentine-04.PDF | 2020-02-11 | Letter from BRP to Schieffelbein re: letter of intent | BRP 000462-000468 |
| CrawfordD 25.PDF | | FILE DAMAGED - CANNOT OPEN | |
| CrawfordD 24.PDF | 2020-08-25 | Emails between Cohn and Gillen re: Teddy Gillen EPIC Announcement | DEFENDANTS001104-001105 |
| CrawfordD 23.PDF | 2020-09-11 | Emails between Gillen, Duhl and MSM re: Teddy Gillen EPIC Announcement - New contact information | DEFENDANTS000593-000594 |
| CrawfordD 22.PDF | 2020-08-19 | Email thread re: Gillen Onboarding | DEFENDANTS002606-002609 |
| CrawfordD 21.PDF | 2020-08-19 | Email from Gillen to various recipients re: update LinkedIn, email signature | DEFENDANTS 002932 |
| CrawfordD 20.PDF | 2020-07-30 | Emails between Crawford and Gillen re: follow up | DEFENDANTS002737-002739 |
| CrawfordD 19.PDF | 2020-05-20 | Emails between Gillen and LeBlance re: call today | DEFENDANTS002777 |
| CrawfordD 18.PDF | 2020-05-13 | Emails between Gillen and LeBlance re: contact information | DEFENDANTS002730-002731 |
| CrawfordD 17.PDF | 2020-05-13 | Emails between Gillen and LeBlance re: contact information | DEFENDANTS002892-002894 |
| CrawfordD 16.PDF | 2021-11-08 | Teddy Gillen Policy List Report dated 5/14/21 updated 11/8/21 | DEFENDANTS 002971-002972 |
| CrawfordD 15.PDF | | Case Names and Courts Responsive to Court's Order [Doc. 132] | DEFENDANTS 002973-002974 |
| CrawfordD 14.PDF | 2021-10-28 | Plaintiffs' Third Amended Notice of Rule 30(b)(6) Deposition of Edgewood Partners Insurance Center Inc. d/b/a EPIC Insurance Brokers & Consultants | |
| Daniel Crawford 11-10-2021_full.PDF | 2021-11-10 | Deposition of 30(b)(6) Corporate Representative - Daniel Crawford taken 11/10/21 | |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| GillenE-06.PDF | 2020-05-04 | Email from Elise McNeely to various recipients re: Benefit Guide and Handbook; attached BRP Ops Handbook | BRP ESI 001505-001587 |
| GillenE-18.PDF | 2020-07-02 | Emails between Morgan and Gillen re: Offer Letter | BRP ESI 002849-002851 |
| GillenE-17.PDF | 2020-06-22 | Email thread between Gillen, Morgan, Ingram and Schieffelbein re: BRP Offer Letter; Attached offer letter to Teddy Gillen | DEFENDANTS000433-000441 |
| GillenE-14.PDF | 2020-05-22 | Emails between Gillen and Schieffelbein re: BRP Offer Letter | BRP ESI 001815-001816 |
| GillenE-13.PDF | 2020-05-15 | Email from Gillen to Schieffelbein re: Payroll & other items | BRP ESI 001758 |
| GillenE-12.PDF | 2020-05-13 | Emails between Gillen and Schieffelbein re: Grid questions | BRP ESI 001681 |
| GillenE-11.PDF | 2020-05-11 | Email from Gillen to LeBlance re: agreements; Gillen Employee Covenant Agreement with SPG; BKS Partners Colleague Handbook Acknowledgement Page; BRP Group Policies | DEFENDANTS000467-000514 |
| GillenE-10.PDF | 2020-06-30 | Emails between Schieffelbein and Gillen re: Business Planning; file produced natively | DEFENDANTS000370-000372 |
| GillenE-09.PDF | 2020-05-09 | Emails between Schieffelbein and Gillen: follow up | BRP ESI 001644-001645 |
| GillenE-08.PDF | 2020-05-08 | Docusign Partnership Paperwork sent to Gillen | BRP ESI 001635-001636 |
| GillenE-07.PDF | | Baldwin Risk Partners IT Policy BRP-105: Confidential Data Policy | BRP 000055-000058 |
| GillenE-26.PDF | 2020-05-12 | Emails between LeBlanc and Gillen re: contact information | DEFENDANTS002732-002733 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| GillenE-25.PDF | 2020-08-07 | Email from Valentine to Gillen re: growing your book; attached SPG Proceeds Analysis | BRP ESI 001996-001999 |
| GillenE-24.PDF | 2020-08-03 | Email from Gillen to Valentine re: items to follow up on | DEFENDANTS000517 |
| GillenE-23.PDF | 2020-07-13 | Email form Ingram to Gillen re: RCA; attached Handbook Acknowledgement and Employee Covenant Agreement | BRP ESI 001831-001837 |
| GillenE-22.PDF | 2020-07-09 | Emails between Ingram and Gillen re: documents | BRP ESI 001960-001961 |
| GillenE-21.PDF | 2020-06-30 | Email from Gillen to self with attached payroll files; various attached files including emails, commission statements and paystubs | DEFENDANTS000373-000414 |
| GillenE-20.PDF | 2020-06-04 | Emails between Schieffelbein and Gillen re: Gillen Bonus Agreement | BRP ESI 001936-001937 |
| GillenE-19.PDF | 2020-06-01 | Emails between Schieffelbein and Gillen re: Gillen Bonus Agreement; attached SPG Retention Bonus Agreement | BRP ESI 001905-001911 |
| GillenE-37.PDF | 2020-08-18 | Email from Crawford to Gillen re: countersigned agreement; attached producer agreement | DEFENDANTS002610-002620 |
| GillenE-36.PDF | 2020-08-12 | Email from Crawford to Gillen re: revised LOI; attached letter of intent | DEFENDANTS000317-000320 |
| GillenE-35.PDF | 2020-08-11 | Email from Gillen to Crawford re: next step / follow up | DEFENDANTS002735 |
| GillenE-34.PDF | 2020-08-03 | Email from Gillen to Crawford re: chief partnership officer for Baldwin | DEFENDANTS002736 |
| GillenE-33.PDF | 2020-07-28 | Emails between Crawford and Gillen re: follow up on numbers, bonus schedule | DEFENDANTS002743-002744 |
| GillenE-32.PDF | 2020-07-17 | Email from Gillen to Crawford re: book of business numbers | DEFENDANTS002748 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| GillenE-31.PDF | 2020-06-01 | Emails between Crawford and Gillen re: Gillen Producer Agreement | DEFENDANTS002560-002561 |
| GillenE-30.PDF | 2020-05-22 | Emails between Crawford and Gillen re: EPIC Offer Term Sheet; attached Producer Agreement and letter | DEFENDANTS002585-002598 |
| GillenE-29.PDF | 2020-05-01 - 2020-08-21 | Copy of Gillen's Hourly Schedule from 5/1/2020 through 8/21/2020 | DEFENDANTS 002327-002483 |
| GillenE-28.PDF | 2020-05-13 | Emails between Gillen and LeBlanc re: Contact Information | DEFENDANTS002892-002894 |
| GillenE-27.PDF | 2020-05-13 | Email from Gillen to LeBlanc re: My Agreements; attached Gillen Agreements | Defendants-ICR_0014-0060 |
| GillenE-50.PDF | 2020-09-30 | Defendants' Answer to Plaintiffs' Verified Complaint for Injunctive and Other Relief | |
| GillenE-47.PDF | 2021-05-04 | Teddy Gillen Policy List Report dated 5/4/21 | DEFENDANTS 002326 |
| GillenE-46.PDF | 2020-08-25 | Emails between Cohn and Gillen re: Teddy Gillen EPIC Announcement | DEFENDANTS001104-001105 |
| GillenE-45.PDF | 2020-09-11 | Emails between Gillen, Duhl and MSM re: Teddy Gillen EPIC Announcement - New contact information | DEFENDANTS000593-000594 |
| GillenE-40.PDF | 2020-05-18 | Emails between Godwin and Gillen re: Financial Model Review | DEFENDANTS002722-002723 |
| GillenE-39.PDF | 2020-05-13 | Email from Gillen to LeBlance re: agreements; Gillen Employee Covenant Agreement with SPG; BKS Partners Colleague Handbook Acknowledgement Page; BRP Group Policies | DEFENDANTS002842-002888 |
| GillenE-38.PDF | 2020-05-13 | Email from Miller to Gillen re: Intro - Teddy Gillen | DEFENDANTS002727 |
| GillenE-05.PDF | 2020-05-02 | Emails between Gillen and Schieffelbein re: follow up | BRP ESI 001487 |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| GillenE-04.PDF | 2014-03-10 | Acknowledge of Handbook Signed by Gillen | |
| GillenE-03.PDF | | Southern Protective Group Employee Handbook | DEFENDANTS 000019-000045 |
| GillenE-02.PDF | 2014-03-10 | Employee Covenant Agreement between Southern Protective Group and Teddy Gillen | BRP 000094-000098 |
| GillenE-01.PDF | 2014-03-02 | Email from Schieffelbein to Gillen re: offer summary | BRP ESI 001829 |
| Gillen Errata Sheet Executed.PDF | 2021-09-29 | Errata Sheet from Gillen 8/5/21 Deposition | |
| Edward Teddy Gillen 08-05-2021_full.PDF | 2021-08-05 | Deposition of Edward Teddy Gillen taken 8/5/21 | |
| DEF EX -Amy Ingram-01.PDF | 2020-04-30 | Emails between Dowden, Valentine, McNeely, Lightner and Ingram re: TdF Grid | BRP ESI 002725-002727 |
| DEF EX -Amy Ingram-04.PDF | 2020-05-11 | Email from Ingram to Teddy re: Great Speaking With You; attached 2019 Advisor Commission Splits | BRP ESI 001669-001671 |
| DEF EX -Amy Ingram-03.PDF | 2020-05-04 | Emails between Morgan, McNeely and Ingram re: title for Teddy | BRP ESI 001590-001591 |
| DEF EX -Amy Ingram-02.PDF | 2020-04-30 | Emails between Ingram, Dowden, Lightner, Valentine re: TdF Grid | BRP ESI 002715-002718 |
| DEF EX -Amy Ingram-20.PDF | 2020-08-18 | Emails between Ingram, Schuler and BRP Commissions re: SPG Commission Structure | BRP ESI 002928-002929 |
| DEF EX -Amy Ingram-19.PDF | 2020-08-18 | Emails between Ingram, Schieffelbein and Valentine re: SPG Potential Proceeds Analysis; attached redacted pages | BRP ESI 002028-002032 |
| DEF EX -Amy Ingram-18.PDF | 2020-08-17 | Emails between Valentine, Ingram and Dowden re: follow up | BRP ESI 002926-002927 |
| DEF EX -Amy Ingram-17.PDF | 2020-08-17 | Emails between Valentine, Ingram and Dowden re: follow up | BRP ESI 002924-002925 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -Amy Ingram-16.PDF | 2020-08-16 | Emails between Valentine, Ingram and Dowden re: follow up | BRP ESI 002919-002921 |
| DEF EX -Amy Ingram-15.PDF | 2020-08-07 | Email from Valentine to Gillen re: SPG Proceeds Analysis; attached Potential Proceeds Analysis PowerPoint | BRP ESI 002000-002003 |
| DEF EX -Amy Ingram-14.PDF | 2020-08-05 | Emails between Hickman, Valentine and Ingram re: follow up discussion | BRP ESI 002898-002900 |
| DEF EX -Amy Ingram-13.PDF | 2020-07-13 | Email form Ingram to Gillen re: RCA; attached Handbook Acknowledgement and Employee Covenant Agreement | BRP ESI 001831-001837 |
| DEF EX -Amy Ingram-12.PDF | 2020-07-29 | Email from Lightner to various recipients re: SPG Integration Meeting Notes 7/15 | BRP ESI 002885-002891 |
| DEF EX -Amy Ingram-11.PDF | 2020-07-10 | Emails between Ingram and Schieffelbein re: "side deal" with Teddy; Southern Protective Group Retention Bonus Agreement between SPG and Edward Gillen | BRP ESI 001964-001972 |
| DEF EX -Amy Ingram-10.PDF | 2020-07-08 | Emails between Ingram and Gillen re: documents, attached 2014 offer summary | DEFEDNANTS000365-000367 |
| DEF EX -Amy Ingram-09.PDF | 2020-07-08 | Emails between Ingram and Gillen re: documents | BRP ESI 001828-001830 |
| DEF EX -Amy Ingram-08.PDF | 2020-07-07 | Emails between Ingram, Schieffelbein and Gille re: offer summary | BRP ESI 002860-002861 |
| DEF EX -Amy Ingram-07.PDF | 2020-06-04 | Emails between Galloway, Schuler, Ingram and Morgan re: BRP Offer Letter | BRP ESI 002803-002805 |
| DEF EX -Amy Ingram-06.PDF | 2020-06-22 | Email thread between Gillen, Morgan, Ingram and Schieffelbein re: BRP Offer Letter; Attached offer letter to Teddy Gillen | DEFENDANTS000433-000441 |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -Amy Ingram-05.PDF | 2020-05-13 | Email from Dowden re: Analysis of Teddy's go forward Compensation | BRP ESI 002806-002807 |
| 0818Ingram-ML_FullSize.PDF | 2021-08-18 | Deposition of Amy Ingram taken 8/18/21 | |
| DEF EX -Amy Ingram-23.PDF | | Text Messages between Gillen and Ingram | BRP 000440-000450 |
| DEF EX -Amy Ingram-22.PDF | 2020-08-19 | Emails between Ingram, Schieffelbein, and Pastrana re: TG's Book of Business for 2019 | BRP ESI 002953 |
| DEF EX -Amy Ingram-21.PDF | 2020-08-19 | Email from Ingram to Cooey and Help Desk re: shut down Teddy G | BRP ESI 002952 |
| Matthew LeBlanc 08-11-2021_full.PDF | 2021-08-11 | Deposition of Matthew LeBlance taken 8/11/21 | |
| LeBlancM 53 - OCR.PDF | 2020-05-13 | Emails between Gillen and LeBlance re: contact information | DEFENDANTS002730-002731 |
| LeBlancM 52 - OCR.PDF | 2020-05-13 | Emails between Crawford and LeBlanc re: contact information | DEFENDANTS002529-002532 |
| LeBlancM 51 - OCR.PDF | 2020-05-13 | Email from Gillen to LeBlance re: agreements; Gillen Employee Covenant Agreement with SPG; BKS Partners Colleague Handbook Acknowledgement Page; BRP Group Policies | DEFENDANTS000523-000571 |
| Errata.PDF | 2021-08-11 | Matthew LeBlance errata Sheet from 8-11-21 Deposition | |
| LeBlancM 58 - OCR.PDF | 2021-05-04 | Teddy Gillen Policy List Report dated 5/4/21 | DEFENDANTS 002326 |
| LeBlancM 57 - OCR.PDF | 2020-08-19 | Email thread re: Gillen Onboarding | DEFENDANTS002606-002609 |
| LeBlancM 56 - OCR.PDF | 2020-08-19 | Email from Gillen to various recipients re: update LinkedIn, email signature | DEFENDANTS 002932 |
| LeBlancM 55 - OCR.PDF | 2020-05-26 | Emails between Crawford, LeBlance and Gillen re: EPIC Offer Term Sheet | DEFENDANTS002761-002762 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| LeBlancM 54 - OCR.PDF | 2020-05-20 | Emails between Crawford, LeBlance and Gillen re: call today | DEFENDANTS002777 |
| 0819Schieffelbein-ML_Condensed.PDF | 2021-08-19 | Deposition of Gregg Schieffelbein taken 8/19/21, condensed | |
| DEF EX -G. Schieffelbein-08.PDF | 2020-07-07 | Emails between Ingram, Schieffelbein and Gille re: offer summary | BRP ESI 002860-002861 |
| DEF EX -G. Schieffelbein-01.PDF | 2020-04-30 | Emails between Dowden, Valentine, McNeely, Lightner and Ingram re: TdF Grid | BRP ESI 002725-002727 |
| DEF EX -G. Schieffelbein-22.PDF | 2020-08-19 | Emails between Ingram, Schieffelbein, and Pastrana re: TG's Book of Business for 2019 | BRP ESI 002953 |
| DEF EX -G. Schieffelbein-14.PDF | 2020-08-05 | Emails between Hickman, Valentine and Ingram re: follow up discussion | BRP ESI 002898-002900 |
| DEF EX -G. Schieffelbein-11.PDF | 2020-07-10 | Emails between Ingram and Schieffelbein re: "side deal" with Teddy; Southern Protective Group Retention Bonus Agreement between SPG and Edward Gillen | BRP ESI 001964-001972 |
| DEF EX -G. Schieffelbein-25.PDF | 2014-04-23 | Emails between Gillen and Schieffelbein re: payroll | |
| DEF EX -G. Schieffelbein-24.PDF | 2014-03-02 | Emails between Gillen and Schieffelbein re: offer summary | BRP ESI 001829-001830 |
| DEF EX -G. Schieffelbein-31.PDF | 2020-04-22 | Emails between Valentine and Schieffelbein re: Colleague Equity Grants | BRP ESI 002646-002647 |
| DEF EX -G. Schieffelbein-30.PDF | 2020-04-09 | Emails between Brooks, Gast, Schieffelbein and McNeely re: Project Tour de France Updated Request List | BRP ESI 002611-002614 |
| DEF EX -G. Schieffelbein-29.PDF | 2018-12-31 - 2019-12-31 | Southern Protective Group Pro Forma Income Statement 2018-2019 | BRP ESI 002615-002633 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -G. Schieffelbein-28.PDF | 2014-03-10 | Acknowledgement Page for receipt of handbook signed by Edward Gillen; Employee Covenant Agreement between Southern Protective Group and Teddy Gillen | |
| DEF EX -G. Schieffelbein-27.PDF | | Southern Protective Employee Handbook | |
| DEF EX -G. Schieffelbein-26.PDF | 2020-09-22 | Second Declaration of Gregg Schieffelbein - 9/22/20 | |
| DEF EX -G. Schieffelbein-43.PDF | 2020-08-27 | Letter from Bridget Roberts, CEO re: appointment of EPIC as exclusive insurance broker | |
| DEF EX -G. Schieffelbein-42.PDF | 2020-08-25 | Letter from Apex Spine and Neurosurgery re: appointment of EPIC as exclusive insurance broker | |
| DEF EX -G. Schieffelbein-41.PDF | 2021-06-21 | Various Anniversary Emails dated 6/21/21 | BRP ESI 002474-002603 |
| DEF EX -G. Schieffelbein-40.PDF | 2020-08-18 | Emails between Ingram, Valentine and Schieffelbein re: Potential Proceeds Analysis - SPG / Teddy Gillen | BRP-Priv 000058-000061 |
| DEF EX -G. Schieffelbein-39.PDF | 2020-07-01 | Emails between Morgan and Schieffelbein re: Teddy Gillen signed offer letter not received | BRP ESI 002848 |
| DEF EX -G. Schieffelbein-38.PDF | 2020-06-02 | Emails between Gillen and Schieffelbein re: BRP Offer Letter | BRP ESI 001923-001935 |
| DEF EX -G. Schieffelbein-37.PDF | 2020-06-21 | Emails between Schieffelbein and Gillen re: MMM bonus agreement, meeting request | BRP ESI 001923-001924 |
| DEF EX -G. Schieffelbein-36.PDF | 2020-05-22 | Emails between Gillen and Schieffelbein re: BRP Offer Letter | BRP ESI 001815-001816 |
| DEF EX -G. Schieffelbein-35.PDF | 2020-06-22 | Email thread between Gillen, Morgan, Ingram and Schieffelbein re: BRP Offer Letter; Attached offer letter to Teddy Gillen | DEFENDANTS000433-000441 |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -G. Schieffelbein-34.PDF | 2020-05-01 | Asset Purchase Agreement between Southern Protective Group, LLC, Schieffelbein, Baldwin Kyrstyn Sherman, BRP Colleague, BRP Group and Baldwin Risk Partners LLC | BRP 000299-000499 |
| DEF EX -G. Schieffelbein-33.PDF | 2020-04-30 | Email thread between Schieffelbein and McNeely re: payroll and benefit items | BRP ESI 002719-002721 |
| DEF EX -G. Schieffelbein-32.PDF | 2020-04-28 | Email thread between Valentine and Schieffelbein re: equity grants | BRP ESI 001477-001478 |
| DEF EX -G. Schieffelbein-54.PDF | 2019-10-18 | Commission from Steven Spitz/MD Ameritas | Defendants 000375 |
| DEF EX -G. Schieffelbein-53.PDF | 2017-2019 | Client list spreadsheet with detail including customer name, policy #, date carrier, line of business, premium, commission | |
| DEF EX -G. Schieffelbein-52.PDF | 2017-2019 | Client list spreadsheet with detail including customer name, policy #, date carrier, line of business, premium, commission, Teddy splits | |
| DEF EX -G. Schieffelbein-51.PDF | 2021-06-11 | Plaintiff Baldwin Krystyn Sherman Partners, LLC's Amended Responses to Defendant Edgewood Partners Insurance Center Inc. d/b/a EPIC Insurance Brokers & Consultants' First Interoggatories | |
| DEF EX -G. Schieffelbein-50.PDF | 2020-09-10 | Declaration of Gregg Schieffelbein - 9/10/20 | |
| DEF EX -G. Schieffelbein-49.PDF | 2021-05-21 | Declaration of Gregg Schieffelbein - 5/21/21 | |
| DEF EX -G. Schieffelbein-48.PDF | 2020-08-31 | Email thread between West and Schieffelbein re: meeting regarding internal changes, Teddy's departure | BRP ESI 002607-002609 |

**Information Utilized**

| Name | Date | Description | Bates Number |
|---|---|---|---|
| DEF EX -G. Schieffelbein-47.PDF | 2020-08-24 | Letter from Naresh Pathak, MD re: appointment of EPIC as exclusive insurance broker | |
| DEF EX -G. Schieffelbein-46.PDF | 2020-08-24 | Letter from Relias Healthcare re: appointment of EPIC as exclusive insurance broker | |
| DEF EX -G. Schieffelbein-45.PDF | 2020-08-21 | Letter from Metro Surgical re: appointment of EPIC as exclusive insurance broker | |
| DEF EX -G. Schieffelbein-44.PDF | 2020-08-24 | Letter from Joel S. Duhl Management Consultants to Various recipients re: appointment of EPIC as exclusive insurance broker | |
| Full Size Transcript Volume 2.PDF | 2021-08-19 | Deposition of Gregg Schieffelbein taken 8/19/21, volume 2 | |
| DEF EX -G. Schieffelbein-55.PDF | 2020-03-20 - 2020-04-27 | Gross Commission by date and customer from 3/30/2020 through 4/27/2020 | |
| Full Size Transcript Volume 1.PDF | 2021-08-19 | Deposition of Gregg Schieffelbein taken 8/19/21, volume 1 | |
| Doc 38 - Defendants' Response re PI.pdf | 2020-10-26 | Defendants' Response to Plaintiffs' Motion to Convert Temporary Restraining Order to a Preliminary Injunction and for Additional Injunctive Relief | |
| Doc 1 - Complaint - BRP Colleague Inc., et al v. Gillen, et al..pdf | 2020-09-04 | Verified Complaint for Injunctive and Other Relief | |
| CMS.gov - Agents-and-Brokers-in-the-Marketplace.pdf | | CMS.gov - Agents and Brokers in the Marketplace | |
| Marsh & McLennan Companies, Inc. 2020 Form 10-K.pdf | 2020 | Marsh & McLennan Companies, Inc. 2020 Form 10-K | |
| 52421 Insurance Brokers - Agencies in the US Industry Report.pdf | 2020-11 | IbisWorld Report - Insurance Brokers & Agencies in the US - November 2020 | |

## Information Utilized

| Name | Date | Description | Bates Number |
|---|---|---|---|
| 52421 Insurance Brokers - Agencies in the US Industry Report July 2021 (1).pdf | 2021-07 | IbisWorld Report - Insurance Brokers & Agencies in the US - July 2021 | |
| AHRQ Trends in Health Insurance at Private Employers 2008-2020.pdf | 2021-09 | AHRQ - Trends in Health Insurance at Private Employers 2008-2020 | |

# SHLIP SHEET

# DIVIDER PAGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BRP COLLEAGUE INC. and | ) | |
| BALDWIN KRYSTYN | ) | |
| SHERMAN PARTNERS, LLC, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD "TEDDY" GILLEN | ) | Civil Action No. |
| and EDGEWOOD PARTNERS | ) | 1:20-cv-03695-LMM |
| INSURANCE CENTER, INC. | ) | |
| d/b/a EPIC INSURANCE | ) | |
| BROKERS & CONSULTANTS, | ) | |
| | ) | |
|     Defendants. | ) | |

## <u>DECLARATION OF VAISHNAVI PALAVALLI</u>

Pursuant to 18 U.S.C. § 1746, I hereby declare as follows:

1.    My name is Vaishnavi Palavalli, I am over the age of 18 and suffer from no legal disabilities. I make this declaration of my personal knowledge of the facts herein.

2.    I am employed by Percipient, an eDiscovery and digital forensics company, and hold the title of Project Manager.

3.    I have received training on eDiscovery metadata as well as the forensic collection and examination of computer data and electronically stored information

Page <b>1</b> of <b>17</b>

("ESI"). My training in that regard includes: CY200 Cyber AXIOM Cyber Examinations, Relativity Administrator Training, Venio Administrator Training, Brainspace Supervised Learning Training, and Brainspace Analyst Training.

4.      I currently hold the following certifications regarding eDiscovery and the forensic examination of ESI: Logikcull Culler Certification, VenioOne Certified Administrator, and Brainspace Analyst. Additionally, I am a candidate for and expect to receive the Magnet Certified Forensic Examiner certification in March 2022.

5.      In my day-to-day employment with Percipient, I regularly collect and review ESI and its respective metadata. I have personally been involved in the hosting and review of ESI, or extraction of metadata associated with the same, in approximately 200 projects. Based on my education, training, and experience, I have developed skills which allow me to identify, extract and interpret metadata associated with ESI.  A copy of my Curriculum Vitae is attached as Exhibit A.

**<u>Defendants' Retention of Percipient</u>**

6.      Percipient was retained by Defendants in this matter to provide various eDiscovery and computer forensic services.

7.      Percipient's services provided in this matter include:

i.    hosting, reviewing, and interpreting metadata associated with ESI produced by Xact Data Discovery ("Xact") pursuant to the "Forensic Inspection Protocol Agreement" and "Second Forensic Inspection Protocol Agreement" (collectively referred to hereafter as "Forensic Protocols") entered into by and between the parties. Production made in this matter from Xact's forensic collection have been Bates numbered with prefix "EPIC;" and

ii.    collecting, hosting, reviewing, and interpreting metadata associated with certain emails and their attachments stored in email accounts including, but not limited to, *teddy.gillen@gmail.com*. Production made in this matter from that email account has been Bates numbered with prefix "Defendants."

8.    Percipient is being compensated for my time spent in connection with my review, examination and interpretation of metadata discussed herein, and would receive compensation for any future testimony I am to provide in regard to same, at the rate of $300 - $350 per hour depending on the task.

**Review of XACT Production Including Certain ESI and Associated Metadata**

9.    I have received and reviewed a copy of Xact's written Forensic Report, dated October 16, 2020, generated in connection with the Forensic Protocols.

10.    From my review of Xact's written Forensic Report, I believe that the ESI collected pursuant to the Forensic Protocols was done in a forensically sound manner, meaning that all available metadata associated with extracted files and data remained unaltered and intact.

11.    Available metadata associated with the files produced by Xact includes "Name," "File Ext," "Logical Size," "Category," "File Created," "Last Access," "Last Written," "MD5," and "Item Path."

12.    I was asked to identify, review and produce to Defendants' counsel metadata associated with seventy-eight (78) files which I understand to have been identified by Plaintiffs as "trade secrets".

13.    From my review of Xact's report, I understand that those seventy-eight (78) files were collected by Xact from a thumb drive referred to as "E001EX_EdwardGillen."

14.    Prior to examining any metadata, I compared the "MD5 Hash Value" ("Hash Value"), file names, and file paths for each of the seventy-eight (78) files and confirmed that each Hash Value matched the Hash Value associated with the file produced by Xact, to ensure that none of the files had been altered in any way.

15.    Hash Values are unique identifiers which can be used to verify whether a computer file has been altered. Every computer file contains a Hash Value

identifier. The Hash Value is one form of metadata. When a file is modified, the Hash Value changes. Therefore, it is possible to confirm that files have not been altered and also confirm the integrity of the metadata associated with the respective file by confirming that files contain the same Hash Value.

16.     On February 23, 2022, I was able to confirm that all Hash Values, file names, and file paths matched those produced by Xact, confirming that none of the files had been altered.

17.     On February 23, 2022, I was able to successfully examine metadata from the seventy-eight (78) files, including but not limited to "File Created," "Last Written," and "Last Accessed."

18.     The metadata field "File Created" shows the date on which each respective file was first written on the thumb drive from which it was collected.

19.     The metadata field "Last Written" shows the date on which each respective file was last open and saved.  Note, this date can predate the File Created date such as in instances of unopened copying or moving of files, which will retain the same Last Written date.

20.     The metadata field "Last Accessed" date is metadata which will change when a file is printed, moved, copied, or merely viewed (opened but not saved). Antivirus, backup and other system maintenance applications typically update file

last access dates when they run on a device.  For example, in such instances where a USB device is connected to a computer and triggers an anti-virus scan of the files contained on the USB device.

21.    **The Last Accessed metadata is the last date any computer system or user accessed the respective file.**

22.    Below I have included a chart which identifies the Bates number of each of the seventy-eight (78) files reviewed and the metadata associated with each respective file identifying the "Name," "File Created," "Last Written," and "Last Accessed:"

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00003883 | List of entities.docx | 6/19/2020 10:39:25 | 6/8/2020 10:17:44 | 7/1/2020 |
| EPIC00003926 | Rates by state.xlsx | 6/19/2020 10:39:27 | 6/17/2020 18:19:40 | 7/1/2020 |
| EPIC00003927 | Rates.xlsx | 6/19/2020 10:39:27 | 6/8/2020 10:17:22 | 7/1/2020 |
| EPIC00003941 | Core Clinical Narrative for underwriting.pdf | 6/19/2020 10:39:28 | 10/31/2019 7:28:34 | 7/1/2020 |
| EPIC00003955 | Narrative.docx | 6/19/2020 10:39:28 | 11/4/2019 16:45:18 | 7/1/2020 |
| EPIC00005453 | Rates & COVID-19 discussion.xlsx | 6/19/2020 10:39:25 | 6/8/2020 10:20:40 | 7/1/2020 |
| EPIC00005458 | MUSC rates.xlsx | 6/19/2020 10:39:47 | 4/30/2020 13:25:00 | 7/1/2020 |

5905697v1/32393-0035

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00005462 | Projected numbers for bids.xlsx | 6/19/2020 10:39:47 | 10/10/2019 13:30:42 | 7/1/2020 |
| EPIC00005463 | Projections for John Peyton.xlsx | 6/19/2020 10:39:47 | 11/7/2019 10:23:28 | 7/1/2020 |
| EPIC00013823 | Narrative.pdf | 6/19/2020 11:44:18 | 11/15/2018 17:15:28 | 7/1/2020 |
| EPIC00013825 | Relias narrative.docx | 6/19/2020 11:44:18 | 11/15/2018 17:15:00 | 7/1/2020 |
| EPIC00014301 | Copy of COVID-19 Impacts (YTD 04-2020).xlsx | 6/19/2020 11:44:02 | 6/9/2020 10:17:32 | 7/8/2020 |
| EPIC00014302 | COVID-19 Impacts (04-25).xlsx | 6/19/2020 11:44:02 | 4/30/2020 9:00:18 | 7/8/2020 |
| EPIC00017059 | 2019 Comparison.xlsx | 6/19/2020 11:42:24 | 10/2/2019 10:53:24 | 7/1/2020 |
| EPIC00020964 | TMSLLC Narrative.docx | 6/19/2020 11:41:10 | 5/26/2017 7:55:20 | 7/1/2020 |
| EPIC00021018 | TMS proposal 2018.xlsx | 6/19/2020 11:41:11 | 7/29/2019 16:56:38 | 7/1/2020 |
| EPIC00021019 | TMS Summary.docx | 6/19/2020 11:41:11 | 8/17/2018 9:27:00 | 7/1/2020 |
| EPIC00021059 | TMS proposal 2019 working copy.xlsx | 6/19/2020 11:41:12 | 7/29/2019 16:54:58 | 7/1/2020 |
| EPIC00021063 | TMS COVID discussion 4.27.20.pdf | 6/19/2020 11:41:09 | 4/29/2020 15:15:46 | 7/1/2020 |
| EPIC00021064 | TMS COVID discussion 4.27.20.xlsx | 6/19/2020 11:41:09 | 4/30/2020 13:18:44 | 7/1/2020 |
| EPIC00027633 | Pitts Spreadsheet Internal.xlsx | 6/19/2020 11:52:51 | 12/10/2014 17:03:06 | 7/1/2020 |

5905697v1/32393-0035

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00022244 | NORCAL client emails.xlsx | 6/19/2020 11:53:25 | 4/28/2020 17:00:02 | 7/1/2020 |
| EPIC00022918 | Teddy NORCAL book 4.22.xlsx | 6/19/2020 11:51:00 | 4/22/2020 9:57:02 | 7/1/2020 |
| EPIC00022919 | TG's Book of Business for 2019-2020.xlsx | 6/19/2020 11:51:00 | 3/26/2020 14:00:04 | 7/1/2020 |
| EPIC00022920 | TG's Book of Business for 2020.xlsx | 6/19/2020 11:51:00 | 4/6/2020 17:22:20 | 7/1/2020 |
| EPIC00023848 | NORCAL Account List.xlsx | 6/19/2020 11:51:16 | 7/11/2018 11:08:18 | 7/1/2020 |
| EPIC00024643 | TDC book of biz report.pdf | 6/19/2020 11:50:37 | 7/31/2019 15:06:04 | 7/1/2020 |
| EPIC00025016 | NORCAL accounts (not all SMA).xlsx | 6/19/2020 11:51:31 | 3/31/2020 14:54:46 | 7/1/2020 |
| EPIC00025017 | SMA Accounts - 2017 Renewal.pdf | 6/19/2020 11:51:31 | 4/5/2017 16:49:04 | 7/1/2020 |
| EPIC00025018 | SMA Accounts - 2017 Renewal.xlsx | 6/19/2020 11:51:31 | 4/5/2017 16:48:44 | 7/1/2020 |
| EPIC00025029 | SMA BOOK (internal).xlsx | 6/19/2020 11:51:31 | 1/27/2020 18:11:10 | 7/1/2020 |
| EPIC00025030 | SMA Book of Biz List.pdf | 6/19/2020 11:51:31 | 7/19/2019 8:57:54 | 7/1/2020 |
| EPIC00025036 | SMA list 1.27.20.xlsx | 6/19/2020 11:51:31 | 4/6/2020 13:42:48 | 7/1/2020 |
| EPIC00032063 | TG's Book of Business for 2019 (Year End).xlsx | 6/19/2020 11:50:30 | 6/4/2020 13:14:22 | 7/1/2020 |

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00032064 | TG's Book of Business for 2020.xlsx | 6/19/2020 11:53:26 | 6/16/2020 16:08:50 | 7/1/2020 |
| EPIC00032069 | Book of Business.xlsx | 7/1/2020 14:17:49 | 6/30/2020 10:46:08 | 8/18/2020 |
| EPIC00032070 | Business Planning.xlsx | 7/1/2020 14:17:49 | 6/30/2020 10:38:42 | 8/18/2020 |
| EPIC00032073 | Since aquisition.xlsx | 7/6/2020 21:28:42 | 7/13/2020 12:16:36 | 8/17/2020 |
| EPIC00022044 | Contacts.CSV | 6/17/2020 13:48:48 | 6/17/2020 13:49:00 | 7/1/2020 |
| EPIC00022234 | 4.3 Import.csv | 6/19/2020 11:53:26 | 4/3/2020 17:27:38 | 7/1/2020 |
| EPIC00022235 | 4.3 Import.xlsx | 6/19/2020 11:53:26 | 4/3/2020 17:27:20 | 7/1/2020 |
| EPIC00022242 | Mailchimp import 4.3.20 CSV file.csv | 6/19/2020 11:53:25 | 4/3/2020 17:28:14 | 7/1/2020 |
| EPIC00022243 | Mailchimp Lists (MGMA AL, NC).xlsx | 6/19/2020 11:53:25 | 4/10/2020 12:06:04 | 7/1/2020 |
| EPIC00022897 | Partnership.docx | 6/19/2020 11:50:59 | 9/21/2018 12:55:40 | 7/1/2020 |
| EPIC00023812 | Alabama Hospital Targets.docx | 6/19/2020 11:51:15 | 7/11/2018 16:35:06 | 7/1/2020 |
| EPIC00023820 | Daily Activity Report.xlsx | 6/19/2020 11:51:15 | 1/21/2016 12:30:06 | 7/1/2020 |
| EPIC00023825 | Dr. Maddux referral.pdf | 6/19/2020 11:51:15 | 7/12/2018 9:55:18 | 7/1/2020 |
| EPIC00023826 | Emerald Coast Health Alliance List.pdf | 6/19/2020 11:51:15 | 7/12/2018 9:55:18 | 7/1/2020 |

5905697v1/32393-0035

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00023830 | FSPS Member list - Original.xlsx | 6/19/2020 11:51:15 | 11/28/2017 12:28:16 | 7/1/2020 |
| EPIC00023832 | GA Cold List of Physicians.xlsx | 6/19/2020 11:51:15 | 4/18/2014 12:01:56 | 7/1/2020 |
| EPIC00023833 | GA Hit List.xlsx | 6/19/2020 11:51:15 | 12/10/2014 16:39:02 | 7/1/2020 |
| EPIC00023834 | GAO List.pdf | 6/19/2020 11:51:15 | 7/12/2018 9:55:18 | 7/1/2020 |
| EPIC00023836 | hattiesburg targets.xlsx | 6/19/2020 11:51:15 | 12/10/2014 16:38:56 | 7/1/2020 |
| EPIC00023839 | Macon Contacts.docx | 6/19/2020 11:51:15 | 7/2/2015 16:09:58 | 7/1/2020 |
| EPIC00023844 | Merit List.pdf | 6/19/2020 11:51:16 | 7/12/2018 9:55:18 | 7/1/2020 |
| EPIC00023850 | NWM List.xlsx | 6/19/2020 11:51:16 | 12/10/2014 16:38:52 | 7/1/2020 |
| EPIC00023851 | OBGYN Import.csv | 6/19/2020 11:51:16 | 1/5/2015 16:40:02 | 7/1/2020 |
| EPIC00023857 | Savannah - Merit Members.docx | 6/19/2020 11:51:18 | 7/2/2015 16:07:34 | 7/1/2020 |
| EPIC00023859 | Savannah Target List.docx | 6/19/2020 11:51:18 | 6/30/2015 15:33:02 | 7/1/2020 |
| EPIC00023872 | Savannah.xlsx | 6/19/2020 11:51:18 | 1/21/2016 12:25:38 | 7/1/2020 |
| EPIC00023875 | SC List.xlsx | 6/19/2020 11:51:18 | 12/10/2014 16:38:48 | 7/1/2020 |
| EPIC00023876 | Scanned from a Xerox multifunction device.pdf | 6/19/2020 11:51:18 | 8/29/2014 15:23:06 | 7/1/2020 |
| EPIC00023880 | SMA List 1 5.6.16.xlsx | 6/19/2020 11:51:18 | 7/11/2018 16:35:06 | 7/1/2020 |

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00023881 | SMA Prospects.xls | 6/19/2020 11:51:18 | 12/10/2014 16:38:46 | 7/1/2020 |
| EPIC00023882 | St Joel Candler talking Points 6.8.12.doc | 6/19/2020 11:51:19 | 12/10/2014 16:38:42 | 7/1/2020 |
| EPIC00024619 | sales strategy.docx | 6/19/2020 11:51:25 | 9/25/2018 23:08:08 | 7/1/2020 |
| EPIC00024625 | 2016 Plan.docx | 6/19/2020 11:51:25 | 1/22/2016 0:03:42 | 7/1/2020 |
| EPIC00024635 | Business Plan.xlsx | 6/19/2020 11:51:25 | 4/29/2016 14:29:42 | 7/1/2020 |
| EPIC00024641 | Phone Call Script.docx | 6/19/2020 11:51:25 | 7/11/2018 16:35:06 | 7/1/2020 |
| EPIC00024642 | Sales Process.docx | 6/19/2020 11:51:25 | 7/11/2018 16:37:06 | 7/1/2020 |
| EPIC00024648 | to do list.docx | 6/19/2020 11:50:37 | 3/30/2020 21:41:36 | 7/1/2020 |
| EPIC00024837 | NORCAL client emails.xlsx | 6/19/2020 11:50:36 | 5/27/2020 7:59:16 | 7/1/2020 |
| EPIC00024838 | NORCAL List.xlsx | 6/19/2020 11:50:36 | 4/30/2020 22:20:28 | 7/1/2020 |
| EPIC00024847 | PIPELINE Master Copy.xlsx | 6/19/2020 11:53:26 | 6/17/2020 13:40:28 | 7/1/2020 |
| EPIC00025049 | Southern Medical Association Marketing Plan.docx | 6/19/2020 11:51:32 | 3/31/2015 16:36:50 | 7/1/2020 |
| EPIC00025947 | Malpractice Premium Breakdown & Carrier Comparison.pdf | 6/19/2020 11:51:40 | 4/5/2016 16:21:54 | 7/1/2020 |

5905697v1/32393-0035

| Bates No. | Name | File Created | Last Written | Last Accessed |
|---|---|---|---|---|
| EPIC00030713 | Agenda 4.2..19 - INTERNAL.doc x | 6/19/2020 11:53:00 | 4/2/2019 12:42:00 | 7/1/2020 |
| EPIC00032067 | PIPELINE Master Copy.xlsx | 6/17/2020 13:11:00 | 4/21/2020 13:43:00 | 7/1/2020 |

23.    From my review, I conclude that seventy-three (73) of the of the above-referenced seventy-eighty (78) files were last accessed on July 1, 2020.

24.    I have also reviewed the Xact spreadsheet titled Record Log_E001EX_Edward Gillen_36332 (hereinafter "Thumb Drive log"). The Thumb Drive log contains all files referenced in the above chart. Approximately 3785 of the total 3822 files or folders contained within the Thumb drive log have a Last Accessed date of July 1, 2020. Because nearly all files and folders on the Thumb Drive log contain the same Last Accessed date of July 1, 2020, the Last Accessed date for those could likely be the result of a system-wide action. A system-wide change to the files could have resulted from an Antivirus check upon plugging in the thumb drive.

25.    As for the remaining five (5) files: two (2) files, EPIC00014301 and EPIC00014302, were last accessed on July 8, 2020; one (1) of the five (5) files, EPIC00032073, was last accessed on August 17, 2020; and the remaining two (2)

files of the five (5) files accessed after July 1, 2020, EPIC00032069 and EPIC00032070, were last accessed on August 18, 2020.

26.    As shown by the metadata, the above-referenced seventy-eight (78) files which I understand to have been identified by Plaintiffs as "trade secrets" contain the following for the Last Accessed date:

    i.    Seventy-three (73) contain a Last Accessed date of July 1, 2020;

    ii.    Two (2) contain a Last Accessed date of July 8, 2020;

    iii.    One (1) contains a Last Accessed date of August 17, 2020; and

    iv.    Two (2) contain a Last Accessed date of August 18, 2020.

That metadata shows that none of the Thumb Drive files, which I understand that Plaintiffs' claim to be "trade secrets," were accessed following August 18, 2020.

**Collection and Review of Email Attachments and Associated Metadata**

27.    I also conducted a review of sixteen (16) email attachments produced by Defendants in discovery, which I understand Plaintiffs also contend contain "trade secrets."

28.    The emails to which those above-referenced sixteen (16) email attachments were attached were collected (among other emails) by me on September 16, 2020 from the email account *teddy.gillen@gmail.com.* To conduct this collection, I used a forensic collection software tool called "Forensic Email

Collector", which ensures that emails are collected in a forensically sound manner, preserving all available metadata.  I was able to confirm that my collection of those email and their attachments was conducted in a forensically sound manner.

29.    I was able to successfully identify and extract metadata from the above-referenced sixteen (16) email attachments including but not limited to "filename", "file date created", and "file date last modified". Date last accessed metadata was not available, as is common in regard to email attachments.

30.    The metadata field "File Date Created" is an internal time field that shows the date on which each respective file was first created.

31.    The metadata field "File Date Last Modified" is an internal time field that  records the date the attachment file was last saved.

32.    Below is a list of the reviewed email attachments and metadata associated with each respective email attachment:

| Bates No. | Filename | File Date Created | File Date Last Modified |
|---|---|---|---|
| DEFENDANTS000375 | 1241 001.pdf | 11/13/2019 16:06:00 | Not Available |
| DEFENDANTS000379 | TEDDY APR 2020 COM DD 4-2020.docx | 4/20/2020 18:20:00 | 4/27/2020 |
| DEFENDANTS000381 | Teddy com 12 13 19 Core Clinical.pdf | 12/9/2019 17:44:00 | 12/9/2019 |

| Bates No. | Filename | File Date Created | File Date Last Modified |
|---|---|---|---|
| DEFENDANTS000387 | Teddy com 6 14 19.pdf | 6/10/2019 16:23:00 | 6/10/2019 |
| DEFENDANTS000391 | TEDDY Mar 2020 COM DD 3-20-20.docx | 3/18/2020 14:26:00 | 3/18/2020 |
| DEFENDANTS000394 | TEDDY APR 2020 COM DD 4-17-2020.docx | 4/16/2020 14:04:00 | 4/16/2020 |
| DEFENDANTS000396 | TEDDY Mar 2020 COM.docx | 3/2/2020 16:17:00 | 3/2/2020 |
| DEFENDANTS000399 | Teddy com 12 13 19 Core Clinical.pdf | 12/9/2019 17:44:00 | 12/9/2019 |
| DEFENDANTS000401 | Teddy com 11 29 19 Dr Spitz.pdf | 12/2/2019 21:05:00 | 12/2/2019 |
| DEFENDANTS000403 | Teddy com d d 10 18 19.pdf | 10/14/2019 16:49:00 | 10/14/2019 |
| DEFENDANTS000405 | Teddy Oct 2019 com.pdf | 10/2/2019 20:12:00 | 10/2/2019 |
| DEFENDANTS000408 | TEDDY APR 2020 COM DD 4-2020.docx | 4/20/2020 18:20:00 | 4/27/2020 |
| DEFENDANTS000414 | Teddy com  12 20 19 Core + Dr Spitz.pdf | 12/23/2019 20:45:00 | 12/23/2019 |
| DEFENDANTS000455 | TEDDY APR 2020 COM DD 4-2020.docx | 4/20/2020 18:20:00 | 4/27/2020 |
| DEFENDANTS000372 | Book of Business for 2018-2019.xlsx | 12/13/2018 15:02:00 | 1/17/2019 |
| DEFENDANTS000456 | TG's Book of Business for 2019-2020.xlsx | 12/20/2018 16:06:00 | 3/26/2020 |

5905697v1/32393-0035

33.    I compared the above-referenced list of email attachments to Xact's forensic examination findings. I did this to determine whether any of the above-referenced email attachments existed on any of the devices examined by Xact and had been accessed after May 20, 2020. From my review of Xact's written forensic report, they analyzed all files on the subject devices which had been accessed after May 20, 2020.

34.    I checked the Record Log reports provided by XACT for files that were collected on a thumb drive referred to as "E001EX_EdwardGillen.", a Seagate drive (external hard drive) referred to as "E002EX_Edward Gillen", a Macbook, and a Dell Laptop and located only one (1) file which matched any of those sixteen email attachments. That lone attachment, DEFENDANTS000456, matched by Hash Value to a file on the "E001EX_Edward Gillen" thumb drive. I looked at the Last Accessed date from the reporting provided by XACT for the matching file on the thumb drive and confirmed that file contained a Last Accessed date of July 1, 2020.

35.    Thus, the only attachment of the 16 email attachments found on any of the four devices contained a Last Accessed date of July 1, 2020. As referenced in paragraph 23, the "E001EX_Edward Gillen" thumb drive had a majority of files that had a "Last Accessed" date of July 1, 2020 which indicates that a system update or process likely may have triggered updates to the last access dates.

36.     **I conclude that none of the sixteen (16) above-referenced email attachments were located on the devices subject to the Forensic Protocols and accessed after July 1, 2020.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this _2nd_ day of March, 2022.


_____
VAISHNAVI PALAVALLI

# EXHIBIT A

# VAISHNAVI PALAVALLI

117 Bishop Avenue
Richmond, California 94801

Phone: (573) 424-8258
Email: vpalavalli@percipient.co

---

Experienced e-Discovery professional with a strong legal background and focus on Digital Forensics. Key strengths include project management, digital media investigations, and optimizing corporate legal departments by providing strategic consultation, maximizing underutilized technology, and introducing new technologies to enhance their E-Discovery process.

| Skills | |
|---|---|
| | Forensic Acquisitions on different types of devices: Desktops, Laptops, Mobile devices, Cloud data, Network Drives |
| | Digital evidence preservation |
| | Proficiency in multiple forensic tools: Axiom Cyber, Elcomsoft, FTK, Cellebrite, EnCase, Oxygen Forensics, Forensic Email Collection, X-Ways, Autopsy |
| | Strong data analysis skills |
| | Proficiency and training others in multiple e-discovery platforms: Reveal, Logikcull, Relativity, Venio, Everlaw, Concordance, Ringtail |
| | Complex search syntax knowledge using multiple indexes: keyword, dtSearch, and lucene |
| | Basic SQL queries |

## Work Experience

**Project Manager**, Percipient LLC, Richmond, California; March 2020-Present
◇Creates and deliverers integrated technology, managed services, and litigation solutions to Fortune 500 companies
◇Full lifecycle management of people and technology on 5 to 10 concurrent projects utilizing the Electronic Discovery Reference Model (EDRM)
◇Conducts digital forensic acquisitions and analyses on laptops, desktops, servers, and cell phones in civil litigations, criminal matters, internal investigations, and incident response efforts
◇Performs forensic examinations across various digital devices and storage media utilizing forensic software such as Axiom Cyber, Elcomsoft, FTK, Cellebrite, EnCase, Oxygen Forensics, Forensic Email Collection
◇Produces written and digital reports for forensic examinations
◇Provides Declarations and testimony for legal matters based on forensic examinations
◇Developed acquisition, analysis and e-discovery harvesting guidelines for remote acquisitions for iOS devices
◇Oversees evidence management/chain of custody
◇Developed through processes and workflows to ensure best practices, efficiencies and significant cost savings, including deep culling and analysis of client's data
◇Writes blog posts on forensic and e-discovery topics and provides training and webinars on same

**Associate Project Manager**, Lighthouse Global, San Francisco, California; July 2018-December 2019
◇Provides consultation to clients to manage the scope, execution, and overall delivery of complex litigation project
◇Executes project management tasks including the documentation of workflows, standards and project closure tasks such as data destruction
◇Communicates expectations for scope and deadlines to internal and external stakeholders
◇Creates work orders for tasks associated with data processing, review, and production within the Quickbase tool
◇Coordinates with internal operations team to ensure established project deadlines are met
◇Conducts quality checks to ensure accuracy and completeness of job instructions and of final work product
◇Participates in internal process improvement initiatives to increase efficiency, effectiveness and overall team productivity for the Service Delivery Team

**Project Manager**, Percipient LLC, Chicago, Illinois; February 2017-July 2018
◇Full lifecycle management of people and technology on 1 to 5 concurrent projects utilizing the Electronic Discovery Reference Model (EDRM)
◇Advised clients on e-discovery best practices and acts as a liaison between review teams and clients
◇Trained and developed review teams of 2 to 30 reviewers per project.
◇Facilitated the collection and importation of data from a range of sources such as Outlook, file share and mobile devices
◇Developed thorough processes and work flows to ensure best practices, efficiencies and significant cost savings, including deep culling and analysis of client's data
◇Conducted demonstrations of several different review platforms to potential clients to showcase each platform's unique features
◇Supported sales and business development team with forecasting and strategizing solutions for fulfilling client needs on time and under budget
◇Operated within a collaborative environment and interacting with all parts of the business, including attorney hiring, professional development and all corporate functions, such as marketing, finance, HR and IT
◇Researched, wrote and posted weekly blog posts about efficient workflow strategies and other e-discovery topics

**Contract Reviewer**, Axiom, Clutch Group, LegalPeople, Percipient, LLC. , Chicago, Illinois; November 2015-February 2017 - 20
◆Provided electronic discovery and pretrial litigation services for multiple projects in various litigation practice areas.
◆Reviewed, analyzed and summarized company document for preliminary internal investigations or in preparation for litigation
◆Used review platforms such as Relativity, Concordance, Summation, Clearwell, Logikcull to tag documents for complex legal issues
◆Assisted project manager in quality control checks

**Project Coordinator**, American Institute of Steel Construction, Chicago, Illinois; March 2015-October 2015
◆Managed the steel fabricator and erector application process from intake to Administrative Review
◆Developed the Standard Operating Procedure for the fabricator and erector certification application process
◆Internal and external management of the application timeline, ensuring all documents were submitted by applicable deadlines, proactively communicating pending and/or missed deadlines

| Education | |
|---|---|
| | **Juris Doctorate of Law**, University of Kansas School of Law; May 2008 – August 2011 |
| | **Bachelor Degree** in Political Science and Psychology, University of Missouri; August 2004 - May 2008 |

# VAISHNAVI PALAVALLI

117 Bishop Avenue
Richmond, California 94801

Phone: (573) 424-8258
Email: vpalavalli@percipient.co

| Certifications | Magnet Certified Forensic Examiner, Candidate March 2022 |
|---|---|
| | Logikcull Culler Certification |
| | Venio Certification |

| Professional Development | CY200 Cyber AXIOM Cyber Examinations, Magnet Forensics |
|---|---|
| | The Data Scientist's Toolbox Course, Coursera |
| | Exploratory Data Analysis Course, Coursera |
| | Brainspace Supervised Learning Training, Reveal |
| | Introduction to Evidence Acquisition Course, Cyber5w |
| | Computer Data Representation Course , Cyber5w |
| | Introduction to Digital Forensics Course, Cyber5w |
| | Intro to DFIR: The Divide and Conquer Process Course, Cyber Triage |
| | Introduction to Windows Forensics Course, 13Cubed |
| | Introduction to Memory Forensics Course, 13Cubed |
| | XRY Reader to XAMN Viewer Transition Course, MSAB |
| | Best Practices for Gathering and Analyzing Key Messaging Data, Cellebrite |
| | Remote Mobile Collections for Corporate Investigations, Cellebrite |
| | Cloud Investigations with AXIOM Cyber, Magnet Forensics |
| | Relativity Administrator Training, kcura |
| | Venio Administrator Training, Venio |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BRP COLLEAGUE INC. and** | ) |
| **BALDWIN KRYSTYN** | ) |
| **SHERMAN PARTNERS, LLC,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EDWARD "TEDDY" GILLEN** | )    **Civil Action No.** |
| **and EDGEWOOD PARTNERS** | )    **1:20-cv-03695-LMM** |
| **INSURANCE CENTER, INC.** | ) |
| **d/b/a EPIC INSURANCE** | ) |
| **BROKERS & CONSULTANTS,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served this DEFENDANTS' FIRST

SUPPLEMENTAL INITIAL DISCLOSURES by email on the following attorneys

of record:

Todd C. Duffield
Amy E. Jensen
Susanna J. Bramlett
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree Street, N.E.
Suite 4800
Atlanta, Georgia 30303
*todd.duffield@ogletree.com*
*amy.jensen@ogletree.com*
*susanna.bramlett@ogletree.com*

5903237v1/32393-0035

This 2ⁿᵈ day of March, 2022.

*/s/ Steven D. Pearson*
Steven D. Pearson Illinois Bar
No. 6190506
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6954
sdpearson@freeborn.com
*Admitted pro hac vice*

And

John E. Bellus, Jr.
Georgia Bar No. 049728
F. R. Josh Stone
Georgia Bar No. 684075
Melissa Buckshorn Georgia
Bar No. 315480

Stone & Bellus, P.C.
6849 Peachtree Dunwoody Rd.
Building B-3, Suite 100
Atlanta, Georgia 30328
Telephone: (770) 390-9950
john@stonebellus.com
josh@stonebellus.com
melissa@stonebellus.com

***Attorneys for Defendants***